MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

KATHRYN HAUN (DCBN 484131)
WILLIAM FRENTZEN (LABN 24421)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Kathryn.haun@usdoj.gov
    William.frentzen@usdoj.gov

RAYMOND N. HULSER (MABN 551350)
Acting Chief, Public Integrity Section

RICHARD B. EVANS (DCBN 441494)
Trial Attorney

    1400 New York Avenue, N.W.
    Washington, D.C. 20005
    Telephone: (202) 353-7760
    Richard.B.Evans@usdoj.gov

Attorneys for United States of America

FILED
MAR 31 2015
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) UNSEALING APPLICATION AND |
|     v. | ) [PROPOSED] UNSEALING ORDER |
| CARL M. FORCE IV and | ) 3-15-70370 |
| SHAUN W. BRIDGES, | ) |
|     Defendants. | ) |

    The United States hereby applies for an order directing that the previously sealed paragraph of the affidavit in the above-titled matter, together with the application and this

SEALING APPLICATION AND SEALING ORDER

court's sealing order sealing that paragraph, be hereby unsealed.  The prosecutors in the Southern District of New York moved to unseal, and Judge Katherine B. Forrest has now unsealed, the previously sealed materials in *United States v. Ulbricht* relating to the investigation in the above-captioned case.  Accordingly, I hereby request the sealed paragraph that was part of Special Agent Gambaryan's affidavit be unsealed.

WHEREFORE, I respectfully request that the Court issue an order granting this application.

DATED: March 30, 2015

Respectfully submitted,

MELINDA HAAG
United States Attorney

_____
KATHRYN HAUN
Assistant United States Attorney

## ORDER

For good cause shown, IT IS HEREBY ORDERED THAT:

The previously sealed paragraph of the affidavit in the above-titled matter, together with the application, and this Court's sealing order, are hereby ordered UNSEALED and may now be publicly filed.  The Clerk of Court is hereby directed to public file those documents.

IT IS SO ORDERED.

DATED: March 31, 2015

_____
HONORABLE MARIA ELENA JAMES
UNITED STATES MAGISTRATE JUDGE

SEALING APPLICATION AND SEALING ORDER

## PARAGRAPH PROVIDED TO COURT UNDER SEAL

I am aware that the federal prosecutors who are prosecuting this case made substantive disclosures to the prosecutors in both the Southern District of New York and the District of Maryland very early on in the government's investigation against FORCE. Those disclosures continued throughout this investigation.

In advance of trial in <u>United States v. Ulbricht</u>, the Southern District of New York prosecutors took the information concerning the FORCE investigation and disclosed it in a detailed letter filing to the federal judge presiding over that trial, Judge Katherine B. Forrest. Those prosecutors requested permission to provide that disclosure to Ulbricht and his defense team under seal and pursuant to a Protective Order. Judge Forrest ordered that disclosure made to Ulbricht and his defense team, and the disclosure was made in December 2014. Because of the sensitive nature of the investigation, the fact that investigation was still ongoing (and subject to the strictures of Fed. R. Crim. P. 6(e)), and the fact that FORCE had not worked on the New York Silk Road investigation, Judge Forrest ordered that the fact of the FORCE investigation information remain under seal until further order of the Court.

My understanding from the prosecutors in this Northern District of California case against FORCE and BRIDGES is that, as soon as FORCE and BRIDGES are apprehended and/or surrender and the Complaint is therefore unsealed, the prosecutors in the Southern District of New York will make an application to Judge Forrest to unseal the previously-sealed disclosures that were made to Ulbricht and his defense team.

However, because those matters are sealed and the instant Complaint will become automatically unsealed upon the apprehension and/or surrender of FORCE and BRIDGES, I seek a separate Protective Order with respect to this Paragraph that is intended for Page 11 of the Affidavit. I request that this Paragraph remain sealed until further order of this Court. The government will submit an unsealing request for this Paragraph immediately upon learning that Judge Forrest has unsealed the underlying documents and materials in the Ulbricht matter. A Proposed Order is attached.

| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612) |
| | United States Attorney |
| 2 | |
| | DAVID R. CALLAWAY (CABN 121782) |
| 3 | Chief, Criminal Division |
| 4 | KATHRYN HAUN (DCBN 484131) |
| | WILLIAM FRENTZEN (LABN 24421) |
| 5 | Assistant United States Attorneys |
| 6 |     450 Golden Gate Avenue, Box 36055 |
| |     San Francisco, California 94102-3495 |
| 7 |     Telephone: (415) 436-7200 |
| |     FAX: (415) 436-7234 |
| 8 |     Kathryn.haun@usdoj.gov |
| |     William.frentzen@usdoj.gov |
| 9 | |
| | RAYMOND N. HULSER (MABN 551350) |
| 10 | Acting Chief, Public Integrity Section |
| 11 | RICHARD B. EVANS (DCBN 441494) |
| | Trial Attorney |
| 12 | |
| |     1400 New York Avenue, N.W. |
| 13 |     Washington, D.C. 20005 |
| |     Telephone: (202) 353-7760 |
| 14 |     Richard.B.Evans@usdoj.gov |
| 15 | Attorneys for United States of America |

FILED
MAR 25 2015
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SEALED
BY COURT ORDER

MEJ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

3-15-70370

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | SEALING APPLICATION AND [PROPOSED] |
| | ) | SEALING ORDER |
| v. | ) | |
| | ) | FILED UNDER SEAL |
| CARL M. FORCE IV and | ) | |
| SHAUN W. BRIDGES, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

The United States hereby applies for an order directing that the sealed paragraph of the affidavit in the above-titled matter, together with the application and this court's sealing order,

SEALING APPLICATION AND SEALING ORDER

be kept under seal until further order of the Court. The United States requests that the above-described materials be sealed to preserve the confidentiality of the matters under seal in *United States v. Ulbricht*.

WHEREFORE, I respectfully request that the Court issue an order granting this application.

DATED: March 25, 2015

Respectfully submitted,

MELINDA HAAG
United States Attorney

WILLIAM FRENTZEN
Assistant United States Attorney

## ORDER

For good cause shown, IT IS HEREBY ORDERED THAT:

The sealed paragraph of the affidavit in the above-titled matter, together with the application, and this Court's sealing order, be kept under seal until further order of the Court.

IT IS SO ORDERED.

DATED: March ___, 2015

HONORABLE MARIA ELENA JAMES
UNITED STATES MAGISTRATE JUDGE

SEALING APPLICATION AND SEALING ORDER