1  MELINDA HAAG (CABN 132612)
   United States Attorney

2  DAVID R. CALLAWAY (CABN 121782)
   Chief, Criminal Division
3
4  KATHRYN HAUN (DCBN 484131)
   WILLIAM FRENTZEN (LABN 24421)
   Assistant United States Attorneys
5
6       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
7       Telephone: (415) 436-7200
        FAX: (415) 436-7234
        Kathryn.haun@usdoj.gov
8       William.frentzen@usdoj.gov

9  RAYMOND N. HULSER (MABN 551350)
   Acting Chief, Public Integrity Section
10
11 RICHARD B. EVANS (DCBN 441494)
   Trial Attorney

12      1400 New York Avenue, N.W.
        Washington, D.C. 20005
13      Telephone: (202) 353-7760
        Richard.B.Evans@usdoj.gov
14
15 Attorneys for United States of America

16                    UNITED STATES DISTRICT COURT

17                   NORTHERN DISTRICT OF CALIFORNIA

18                        SAN FRANCISCO DIVISION

19

20 UNITED STATES OF AMERICA,           ) No. 3 CR-15-70370
                                       )
21         v.                          ) SIPULATION AND [PROPOSED] ORDER TO
                                       ) CONTINUE STATUS CONFERENCE AND FOR
                                       ) EXTENSION OF TIME UNDER RULE 5.1 AND
22 CARL MARK FORCE,                    ) EXCLUSION OF TIME UNDER THE SPEEDY
                                       ) TRIAL ACT
23         Defendant.                  )
                                       )
24 ─────────────────────────────────────

25

26     The United States of America, by government counsel, and the defendant, by and through his

27 counsel, Ivan Bates, hereby stipulate to a continuance of the preliminary hearing date in this case to May

28 5, 2015, at 9:30 a.m. before the duty Magistrate. The defendant agrees that good cause exists to extend
   STIPULATION AND [PROPOSED] ORDER

1   the time limits of Rule 5.1(c) to May 5, 2015.  The parties also agree that time is appropriately excluded
2   under 18 U.S.C. § 3161, the Speedy Trial Act between March 30, 2015 and May 5, 2015.
3         The parties agree that good cause exists, taking into account the public interest in the prompt
4   disposition of criminal cases, to extend the time for the preliminary hearing to May 5, 2015 to allow the
5   parties time to investigate the matter further and to discuss a potential resolution of this matter.  The
6   parties also agree that an exclusion of time is appropriate under the Speedy Trial Act between March 30,
7   2015 and May 5, 2015 for purposes of continuity of counsel and effective preparation of counsel, in
8   order to provide defense counsel with adequate time to review the matter, conduct an investigation, and
9   consult with the defendant.  In addition, the defendant agrees to exclude for this period of time any time
10  limits applicable under 18 U.S.C. § 3161.  The parties represent that granting the continuance, in order
11  to provide defense counsel with adequate time to review the matter, conduct additional investigation,
12  and consult with the defendant, is necessary for effective preparation, taking into account the exercise of
13  due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The parties also agree that the ends of justice served by
14  granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial.
15  18 U.S.C. § 3161(h)(7)(A).

17  SO STIPULATED:
18  Dated: April 3, 2015     _____/s/_____        _____/s/_____
                             RICHARD EVANS                 KATHRYN HAUN
19                           Trial Attorney                WILLIAM FRENTZEN
                                                           Assistant United States Attorneys

21  Dated: April 3, 2015                                  _____/s/_____
                                                          IVAN BATES
22                                                        Attorney for defendant

28  STIPULATION AND [PROPOSED] ORDER

Based upon the representation of counsel and for good cause shown, the Court finds that good cause exists, taking into account the public interest in the prompt disposition of criminal cases, for extending time under Rule 5.1 for a preliminary hearing to May 5, 2015.  The Court further finds that good cause exists for a continuance of the preliminary hearing date to May 5, 2015.  The Court finds that failing to exclude the time between March 30, 2015 and May 5, 2015 would unreasonably deny the defendant and counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time between March 30, 2015 and May 5, 2015 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, IT IS HEREBY ORDERED that:

(1) The preliminary hearing date is extended to May 5, 2015; and

(2) good cause exists to extend the time for the preliminary hearing under Rule 5.1 to May 5, 2015; and

(3) the time between March 30, 2015 and May 5, 2015 shall be excluded from computation under the Speedy Trial Act.  18 U.S.C. § 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

DATED: _____     _____
HONORABLE MARIA-ELENA JAMES
United States District Magistrate Judge

STIPULATION AND [PROPOSED] ORDER