MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

KATHRYN HAUN (DCBN 484131)
WILLIAM FRENTZEN (LABN 24421)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Kathryn.haun@usdoj.gov
    William.frentzen@usdoj.gov

RAYMOND N. HULSER (MABN 551350)
Acting Chief, Public Integrity Section

RICHARD B. EVANS (DCBN 441494)
Trial Attorney

    1400 New York Avenue, N.W.
    Washington, D.C. 20005
    Telephone: (202) 514-1412
    Richard.B.Evans@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR-15-mj-70370-MAG |
| v. | ) |
| CARL M. FORCE IV and<br>SHAUN W. BRIDGES, | ) **NOTICE OF APPEARANCE FOR THE**<br>) **UNITED STATES** |
| Defendants. | ) |

**NOTICE OF APPEARANCE FOR THE UNITED STATES**
CR-15-70370-MAG

The United States hereby files this Notice of Appearance to advise the Court that Trial Attorney, Richard B. Evans appears for the United States in this case.  Future ECF notices should be sent to Trial Attorney, Richard B. Evans at the email address of Richard.B.Evans@usdoj.gov.

Date: April 17, 2015                                     Respectfully submitted,

                                                      RAYMOND N. HULSER
                                                     Acting Chief, Public Integrity Section


                                                     _____/s/_____
                                                     RICHARD B. EVANS
                                                   Trial Attorney
                                                   U.S. Department of Justice
                                                   Criminal Division
                                                   Public Integrity Section
                                                   1400 New York Ave.  NW
                                                   Washington, DC 20005
                                                   (202) 514-1412
                                                   richard.b.evans@usdoj.gov

**NOTICE OF APPEARANCE FOR THE UNITED STATES**
CR-15-70370-MAG