United States District Court
Northern District of California

# CRIMINAL COVER SHEET

**Instructions:** Effective January 3, 2012, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case.

**Case Name:** USA v. SHAUN W. BRIDGES

**Case Number:** CR 15 0319 RS

**Total Number of Defendants:**
- 1 ☐
- 2-7 ☑
- 8 or more ☐

**Is This Case Under Seal?**
- Yes ☐
- No ☑

**Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326?**
- Yes ☐
- No ☑

**Venue (Per Crim. L.R. 18-1):**
- SF ☑
- OAK ☐
- SJ ☐
- EUR ☐
- MON ☐

**Is any defendant charged with a death-penalty-eligible crime?**
- Yes ☐
- No ☑

**Assigned AUSA (Lead Attorney):** KATHRYN R. HAUN

**Is this a RICO Act gang case?**
- Yes ☐
- No ☑

**Date Submitted:** June 16, 2015

**Comments:**
An Information for co-Defendant Carl Force is expected to be filed shortly and related to this action; hence the number for total number of defendants above is listed as 2 instead of 1

Save    Print    Clear Form

July 2013