1 | MELINDA HAAG (CABN 132612)
United States Attorney

2

3 | DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

4 | KATHRYN HAUN (DCBN 484131)
WILLIAM FRENTZEN (LABN 24421)
5 | Assistant United States Attorneys

6 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
7 | Telephone: (415) 436-7200
FAX: (415) 436-7234
8 | Kathryn.haun@usdoj.gov
William.frentzen@usdoj.gov

9
RAYMOND N. HULSER (MABN 551350)
10 | Chief, Public Integrity Section

11 | RICHARD B. EVANS (DCBN 441494)
Trial Attorney
12
1400 New York Avenue, N.W.
13 | Washington, D.C. 20005
Telephone: (202) 353-7760
14 | Richard.B.Evans@usdoj.gov

15 | Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA | ) No. 15 CR 319 RS |
|---|---|
| v. | ) STIPULATION AND [PROPOSED] ORDER TO<br>) SET CHANGE OF PLEA HEARING |
| CARL M. FORCE IV, | ) |
| a/k/a "French Maid" | ) |
| Defendant. | ) |

The United States of America, by government counsel, and the defendant, by and through his

counsel, Ivan Bates, Esq. hereby notify the Court that the parties have reached a Plea Agreement to the

STIPULATION AND [PROPOSED] ORDER

charges contained in the Criminal Information filed June 22, 2015, in the captioned case, to wit: extortion, money laundering with predicate specified unlawful activities of both wire fraud and theft of government property, and obstruction of justice. The parties hereby stipulate and request that the Court schedule a change of plea hearing for the defendant to enter his guilty pleas at 2:00 p.m. the afternoon of July 1, 2015. Government counsel understands from the Courtroom Deputy that the Court may be able accommodate this special setting given the number of parties traveling from the East Coast.

The government will lodge a copy of the fully executed Plea Agreement with the Court directly to chambers later today for the Court's review.

Further, the parties request the Court order that the arraignment on the Criminal Information that was filed June 22, 2015, be calendared before the Duty Magistrate on July 1, 2015 at 9:30 a.m.

SO STIPULATED:

Dated: June 22, 2015                    _____/s/_____
                                        KATHRYN HAUN
                                        WILLIAM FRENTZEN
                                        Assistant United States Attorneys

                                        RICHARD EVANS
                                        Trial Attorney, Public Integrity Section

Dated: June 22, 2015                    _____/s/_____
                                        IVAN BATES, ESQ.
                                        Attorney for Defendant

STIPULATION AND [PROPOSED] ORDER

**PROPOSED ORDER**

IT IS HEREBY ORDERED that:

(1)   The defendant will be arraigned on the charges in the Criminal Information in the captioned case before the Duty Magistrate on July 1, 2015 a.m.;

(2)   The defendant will appear before this District Court on July 1, 2015 at 2:00 p.m. for a change of plea hearing; and

(3)   The government shall lodge a copy of the fully executed Plea Agreement with the Court by proving it directly to chambers.

DATED: _____          _____
                                     HONORABLE RICHARD SEEBORG
                                     United States District Judge

3

STIPULATION AND [PROPOSED] ORDER