MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

ARVON J. PERTEET (CABN 242828)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: 415.436.7200
    FAX: 415.436.7234
    Email: arvon.perteet@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 15-0319 RS |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| CARL MARK FORCE IV, | |
| Defendant. | |

The undersigned hereby certifies that he is an employee in the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that he caused a copy of:

- **PRELIMINARY ORDER OF FORFEITURE**,

to be served this date via first class mail delivery and certified mail delivery upon the person(s) below at the place(s) and address(es) which is the last known address(es):

| | |
|---|---|
| Matthew Esworthy, Esq.<br>Shapiro Sher Guinot & Sandler<br>250 W. Pratt Street, Suite 2000<br>Baltimore, MD 21201<br>(Counsel for Amy FORCE) | Regan Patno<br>226 West Ojai Avenue, Suite #101, Box #414<br>Ojai, CA 93023 |

Certificate of Service for POF FORCE
CR 15-0319 RS                       1

1 | I declare under penalty of perjury under the laws of the United States of America that the
2 | foregoing is true and correct to the best of my knowledge.
3 | Executed this 30th day of July, 2015, at San Francisco, California.

HECTOR LOPEZ
FSA Paralegal III/AFU

Certificate of Service for POF FORCE
CR 15-0319 RS                                   2