I respectfully request financial assistance from the court in relation to travel and subsistence costs for my hearing on August 31, 2015. I am currently unemployed and have been regularly seeking employment. I am scheduled to participate in the upcoming "Reemployment Opportunities Workshop" held by the Maryland Department of Labor, Licensing, and Regulation (DLLR). In addition to being unemployed my wife lost her employment in May, 2015, which has compounded the matter.

I am unable to pay my current obligated bills and have been seeking assistance from immediate family to maintain current on required living costs such as housing, electric, water and food – my current bills far exceed my available financial resources since becoming unemployed. My legal defense fees have added to the exhaustion of my available resources and I do not have the financial ability myself to cover the costs for travel and subsistence for my hearing date.

*[signature]*
Shaun Bridges