# UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DECLARATION IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT, OR OTHER COURT SERVICES UNDER THE CRIMINAL JUSTICE ACT

**WARNING: A FALSE OR DISHONEST ANSWER TO ANY QUESTION MAY BE PUNISHABLE BY FINE OR IMPRISONMENT, OR BOTH.**

IN UNITED STATES: ☐ MAGISTRATE ☒ DISTRICT ☐ APPEALS COURT ☐ OTHER (SPECIFY) _____

USA v. Shaun Bridges     DOCKET NO: _____

NAME OF PERSON REPRESENTED: Shaun Bridges

☒ DEFENDANT ☐ MATERIAL WITNESS ☐ APPELLANT ☐ GRAND JURY WITNESS ☐ HABEAS PETITIONER ☐ OTHER _____

ARE YOU CURRENTLY EMPLOYED?
☐ YES → EMPLOYER NAME/ADDRESS: _____
☒ NO → MONTH/YEAR OF LAST EMPLOYMENT: March, 2015

MARITAL STATUS: ☐ SINGLE ☒ MARRIED ☐ SEPARATED/DIVORCED ☐ WIDOWED
IF MARRIED, IS SPOUSE EMPLOYED? ☐ NO ☒ YES

## INCOME/ASSETS

**a. MONTHLY INCOME**

| SOURCE | YOU | SPOUSE | TOTAL |
|---|---|---|---|
| Salary/wages | | August 3rd is first day of employment - ($1,600) | $1,600 |
| Pension(s) | | | |
| Social Security | | | |
| Alimony | | | |
| Other (specify) | | | |

**b. OTHER INCOME** - Income Received In The Past 12 Months From Self-Employment, A Business, Commissions, Rentals, Annuities, Or Other Sources

| AMOUNT RECEIVED | SOURCE |
|---|---|
| $ 357.00 | Unemployment |
| $ | |
| $ | |

**c. ASSETS:** Cash • Real Estate (provide address) • Motor Vehicles • Investment Accounts • Trusts • Any Other Personal Property of Value

| DESCRIPTION | VALUE |
|---|---|
| Checking Account | ≈ 1000 |
| IRA | ≈ 130K |
| My share of equity in home is ≈ $7000 - 8411 Lillian Lane, Laurel, MD 20723 | |

## FINANCIAL OBLIGATIONS/LIABILITIES

**a. DEPENDENTS** - List Names, Ages, And Relationships Of All Persons You Actually Support:

_____

**b. MONTHLY EXPENSES & DEBTS**

| Expense | Amount | Credit or Charge Cards (List) | Account Balance | Min. Monthly Payment |
|---|---|---|---|---|
| Rent / Mortgage Payment | $2,751.50 | Amex | $7,302.41 | ≈ 100 |
| Utilities | $300 | Mastercard | $6,450.73 | ≈ 100 |
| Insurance | $30 | | | |
| Transportation Costs | $200 | | | |
| Food | $300-400 | | | |
| Alimony/Child Support | 0 | | | |
| Other (specify) | Homeowners/Road front = $108 | | | |

Anticipated Forfeiture Judgment Balance ≈ $180K

I DECLARE UNDER PENALTY OF PERJURY THAT THE INFORMATION PROVIDED IN THIS DECLARATION IS TRUE AND CORRECT.

_____ /s/ _____    8/3/15
Signature of Defendant or Other Person Represented    Date