1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

United States of America,

Plaintiff,

v.

Shaun W. Bridges,

Defendant.

Case No. 15-cr-00319-RS-1

**ORDER GRANTING MOTION FOR NONCUSTODIAL TRANSPORTATION AND SUBSISTENCE EXPENSES WHILE IN TRANSIT**

Defendant Shaun Bridges moves pursuant to Title 18 U.S.C. Section 4285 for an order directing the United States Marshals Service ("USMS") to arrange for his transport from Maryland to appear for a hearing on August 31, 2015, and to pay for his subsistence.  Section 4285 enables discretion to issue such an order where it is found, after appropriate inquiry, that these expenses would be infeasible for the defendant to bear on his or her own and USMS assistance would serve the interests of justice.

The assistance available under section 4285 must not exceed the amount authorized as a per diem allowance for travel under Title 5 U.S.C. Section 5702(a), and is limited to transport to the defendant's court appearance destination and the amount of money needed for subsistence expenses during this period of transit.  It does not include lodging or food expenses incurred during judicial proceedings, or a defendant's return trip to his or her residence.  *See* H.R. Rep. No. 95–1653, 95th Cong., 2d Sess. at 3 (1978), U.S. Code Cong. & Admin. News 1978, pp. 3732, 3733; *United States v. Centeno*, 2009 WL 3334144, at *1 (S.D. Cal. 2009).

1    Having lodged a financial affidavit, Bridges has sufficiently demonstrated his financial

2  need.  His motion is accordingly granted, and the USMS is ordered to arrange for his transport to

3  appear on August 31, 2015 and subsistence during this time in keeping with Title 5 U.S.C. Section

4  5702(a).

6  **IT IS SO ORDERED**.

8  Dated: August 5, 2015

_____

RICHARD SEEBORG
United States District Judge

United States District Court
Northern District of California

ORDER GRANTING MOTION FOR EXPENSES
CASE NO. 15-cr-00319-RS-1

2