| DOCUMENTS UNDER SEAL ☐ | | | | TOTAL TIME (mins): 4 M | |
|---|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | | DEPUTY CLERK Karen L. Hom | | REPORTER/FTR FTR: 9:36-9:40 | |
| MAGISTRATE JUDGE SALLIE KIM & JOSEPH C. SPERO | | DATE August 31, 2015 | | NEW CASE ☐ | CASE NUMBER 3:15-cr-00319-RS-1 |

| APPEARANCES | | | | | | |
|---|---|---|---|---|---|---|
| DEFENDANT Shaun W. Bridges | AGE | CUST N | P/NP P | ATTORNEY FOR DEFENDANT Steven Levin | | PD. ☐ RET. ☒ APPT. ☐ |
| U.S. ATTORNEY Katie Haun, Will Frentzen, Bill Evans | | INTERPRETER | | ☐ FIN. AFFT SUBMITTED | | ☐ COUNSEL APPT'D |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER Katrina Chu | | DEF ELIGIBLE FOR APPT'D COUNSEL ☐ | | PARTIAL PAYMENT OF CJA FEES ☐ | |

| PROCEEDINGS SCHEDULED TO OCCUR | | | | | |
|---|---|---|---|---|---|
| ☐ INITIAL APPEAR | ☐ PRELIM HRG | ☐ MOTION | | ☐ JUGM'T & SENTG | ☐ STATUS / ☐ STATUS TRIAL SET |
| ☐ I.D. COUNSEL | ☒ ARRAIGNMENT | ☐ BOND HEARING | | ☐ IA REV PROB. or or S/R | ☐ OTHER |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING |

| INITIAL APPEARANCE | | | | |
|---|---|---|---|---|
| ☐ ADVISED OF RIGHTS | ☒ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | | ☐ TRUE NAME: |

| ARRAIGNMENT | | | |
|---|---|---|---|
| ☒ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☒ WAIVER OF INDICTMENT FILED |

Felony

| RELEASE | | | | |
|---|---|---|---|---|
| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
| PROPERTY TO BE POSTED ☐ CASH  $ | | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ | |
| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED  ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☐ REMANDED TO CUSTODY |
| ORDER REMOVED TO THE DISTRICT OF | | | | |

| PLEA | | | |
|---|---|---|---|
| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

| CONTINUANCE | | | | |
|---|---|---|---|---|
| TO: 8/31/15 (already set) | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ TRIAL SET |
| AT: 3:00 PM | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING | ☒ CHANGE OF PLEA | ☐ STATUS |
| BEFORE HON. Seeborg | ☐ DETENTION HEARING | ☐ ARRAIGNMENT | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

**ADDITIONAL PROCEEDINGS**

cc: CL

DOCUMENT NUMBER: