# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| United States of America<br>v.<br>SHAUN W. BRIDGES<br>*Defendant* | )<br>)  Case No. 3:15-cr-00319-RS<br>)<br>)<br>) |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 31 Aug 2015

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

STEVEN H. LEVIN
*Printed name of defendant's attorney*

_____
*Judge's signature*

Sallie Kim
*Judge's printed name and title*

FILED

AUG 3 1 2015

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA