MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

KATHRYN HAUN (DCBN 484131)
WILLIAM FRENTZEN (LABN 24421)
ARVON J. PERTEET (CABN 242828)
Assistant United States Attorneys

    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone: 415.436.7200
    FAX: 415.436.7234
    kathryn.haun@usdoj.gov
    william.frentzen@usdoj.gov
    arvon.perteet@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 15-0319 RS |
| Plaintiff, | PROOF OF PUBLICATION OF NOTICE OF FORFEITURE ACTION |
| v. | |
| CARL MARK FORCE IV, | |
| Defendant. | |

In accordance with 21 U.S.C. § 853(n)(1) and Rule 23.2(b)(6)(C) of the Federal Rules of Criminal Procedure, notice of the forfeiture was posted on an official government internet site (www.forfeiture.com) for at least 30 consecutive days, beginning on August 01, 2015 and ending on August 30, 2015. (See, Attachment 1).

///

///

///

1  I declare under penalty of perjury that the forgoing is true and correct.  Executed on August 31,
2  2015 at San Francisco, CA.

                                    Respectfully submitted,

                                    MELINDA HAAG
                                    United States Attorney

                                    HECTOR LOPEZ
                                    FSA Paralegal III/AFU



# Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between August 1, 2015 and August 30, 2015. Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. CARL MARK FORCE IV

**Court Case No:** CR 15-0319 RS
**For Asset ID(s):** See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 08/01/2015 | 24.0 | Verified |
| 2 | 08/02/2015 | 24.0 | Verified |
| 3 | 08/03/2015 | 24.0 | Verified |
| 4 | 08/04/2015 | 24.0 | Verified |
| 5 | 08/05/2015 | 24.0 | Verified |
| 6 | 08/06/2015 | 24.0 | Verified |
| 7 | 08/07/2015 | 24.0 | Verified |
| 8 | 08/08/2015 | 24.0 | Verified |
| 9 | 08/09/2015 | 24.0 | Verified |
| 10 | 08/10/2015 | 24.0 | Verified |
| 11 | 08/11/2015 | 24.0 | Verified |
| 12 | 08/12/2015 | 24.0 | Verified |
| 13 | 08/13/2015 | 24.0 | Verified |
| 14 | 08/14/2015 | 24.0 | Verified |
| 15 | 08/15/2015 | 24.0 | Verified |
| 16 | 08/16/2015 | 24.0 | Verified |
| 17 | 08/17/2015 | 24.0 | Verified |
| 18 | 08/18/2015 | 24.0 | Verified |
| 19 | 08/19/2015 | 24.0 | Verified |
| 20 | 08/20/2015 | 24.0 | Verified |
| 21 | 08/21/2015 | 24.0 | Verified |
| 22 | 08/22/2015 | 24.0 | Verified |
| 23 | 08/23/2015 | 24.0 | Verified |
| 24 | 08/24/2015 | 24.0 | Verified |
| 25 | 08/25/2015 | 24.0 | Verified |
| 26 | 08/26/2015 | 24.0 | Verified |
| 27 | 08/27/2015 | 24.0 | Verified |
| 28 | 08/28/2015 | 23.9 | Verified |
| 29 | 08/29/2015 | 24.0 | Verified |
| 30 | 08/30/2015 | 23.6 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
COURT CASE NUMBER: CR 15-0319 RS; NOTICE OF FORFEITURE

    Notice is hereby given that on July 09, 2015, in the case of <u>U.S. v. CARL MARK FORCE IV</u>, Court Case Number CR 15-0319 RS, the United States District Court for the Northern District of California entered an Order condemning and forfeiting the following property to the United States of America:

    $13,045.00 U.S. Currency held in a BTC-e account (15-FBI-004262) which was seized from Carl M. Force on July 01, 2015 at 450 Golden Gate Ave., located in San Francisco, CA

    $194,899.97 U.S. Currency from conversion of 687.36170041 bitcoins Acct# william.scanlon@ic.fbi (15-FBI-004263), including the following items: 1 400.00101 bitcoins (BTC); 1 51.53406841 BTC; 1 53 BTC; 1 70 BTC; 1 62.827622 BTC; 1 49.999 BTC which was seized from Carl M. Force on July 01, 2015 at 450 Golden Gate Ave., located in San Francisco, CA

    $44,082.65 in ScotTrade Account XXXX6437 (15-FBI-004269) which was seized from Carl M. Force on July 01, 2015 at 450 Golden Gate Ave., located in San Francisco, CA

    $158,865.00 U.S. Currency traceable from federal income tax refund in lieu of forfeiture of Carl Mark Force's interest in real property located at 6722 Glenkirk Road, Baltimore, MD (15-FBI-004270) which was seized from Carl M. Force on July 01, 2015 at 450 Golden Gate Ave., located in San Francisco, CA

    $17,759.06 U.S. Currency held in trust by Ivan Bates in Bank of America Account number XXXXXXXX6394 (15-FBI-004271) which was seized from Carl M. Force on July 01, 2015 at 450 Golden Gate Ave., located in San Francisco, CA

    $65,658.51 in E-Trade Account XXXX5812 (15-FBI-004272) which was seized from Carl M. Force on July 01, 2015 at 450 Golden Gate Ave., located in San Francisco, CA

    The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct. Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file a Petition within 60 days of the first date of publication (August 01, 2015) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1). The petition must be filed with the Clerk of the Court, 450 Golden Gate Avenue, 16th Floor, San Francisco, CA 94102, and a copy served upon Assistant United States Attorney Arvon J. Perteet, 450 Golden Gate Avenue, 9th Floor, San Francisco, CA 94102. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.