UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** August 31, 2015     **Time:** 40 Minutes     **Judge:** RICHARD SEEBORG

**Case No.:** 15-cr-00319-RS-1   **Case Name:** USA v. Bridges

**Attorney for Government:** Richard Evans, Kathryn Haun, Will Frentzen
**Attorney for Defendant:** Steven Levin, Craig Denney
**Defendant:** [ X] Present   [ ] Not Present
**Defendant's Custodial Status:** [ ] In Custody  [ X] Not in Custody

**Deputy Clerk:** Jean Ballard           **Court Reporter:** Belle Ball
**Interpreter:** n/a                     **Pretrial Services Officer:** Brad T. Wilson

## PROCEEDINGS

Change of Plea Hearing – Held.

## SUMMARY

The defendant is sworn under oath. Plea Agreement was previously executed and given to the Court. Defendant pleads guilty to Counts 1 and 2 of the information. Defendant knowingly, intelligently, and voluntarily waived his rights. The Court adjudged the defendant guilty of Counts 1 and 2.

Government's motion to remand defendant is denied. Defendant is forbidden from changing any personal identification information. Government to submit a proposed order directing the Court of the additional pretrial release conditions. The Court maintains all conditions of pretrial release previously imposed.

The matter is referred to the probation office for a PSR.

**CASE CONTINUED TO: Monday December 7, 2015 at 3:00 p.m. for Sentencing.**