1  BRIAN STRETCH (CABN 163973)
   Acting United States Attorney
2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  KATHRYN HAUN (DCBN 484131)
   WILLIAM FRENTZEN (LABN 24421)
5  Assistant United States Attorneys

6       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
7       Telephone: (415) 436-7200
        FAX: (415) 436-7234
8       Kathryn.haun@usdoj.gov
        William.frentzen@usdoj.gov
9
   RAYMOND N. HULSER (MABN 551350)
10 Chief, Public Integrity Section

11 RICHARD B. EVANS (DCBN 441494)
   Trial Attorney
12
        1400 New York Avenue, N.W.
13      Washington, D.C. 20005
        Telephone: (202) 353-7760
14      Richard.B.Evans@usdoj.gov

15 Attorneys for United States of America

16                       UNITED STATES DISTRICT COURT
17                       NORTHERN DISTRICT OF CALIFORNIA
18                            SAN FRANCISCO DIVISION
19

20 UNITED STATES OF AMERICA,        ) No. 15 CR 319 RS
                                    )
21      Plaintiff,                  ) STIPULATION AND [PROPOSED] ORDER
                                    ) REGARDING IN CUSTODY MENTAL HEALTH
22   v.                             ) EVALUATION
                                    )
23 CARL M. FORCE IV,                )
                                    )
24 a/k/a "French Maid"              )
                                    )
25      Defendant.

26
        As previewed in the Plea Agreement, defense counsel has informed the government that it
27
   intends to pursue the argument at sentencing that the defendant should receive a lesser sentence given
28

STIPULATION AND [PROPOSED] ORDER

the defendant's mental condition.  The United States of America intends to oppose any reduction on this basis, and, as further previewed by the Plea Agreement, has retained its own mental health expert for purposes of evaluating the defendant and preparing a report in advance of sentencing.

In consultation with the U.S. Marshal's the government has scheduled a time for its expert to evaluate the defendant at the institution where he is currently housed.  The examination is set for Monday, September 28, 2015 and continuing into the following day if necessary.  Defense counsel is aware of and consents to this examination, as they agreed to do in the Plea Agreement.

The parties understand from the U.S. Marshal's Service that a Court Order is needed in order for the facility at which the defendant is currently housed to allow the government's expert to conduct the evaluation as scheduled.  Accordingly, the parties request the Court issue the instant [proposed] Order.

SO STIPULATED:

Dated: September 23, 2015                                      _____/s/_____
                                                                                          KATHRYN HAUN
                                                                                          WILLIAM FRENTZEN
                                                                                          Assistant United States Attorneys

Dated: September 23, 2015                                      _____/s/_____
                                                                                          IVAN BATES, ESQ.
                                                                                          Attorney for Defendant

**PROPOSED ORDER**

IT IS ORDERED that:

(1)     The defendant will be examined by an expert retained by the government on September 28, 2015 and again on September 29, 2015 if necessary, during normal business hours;

(2)     The evaluation will be conducted at the facility where the defendant is currently housed and will be conducted in accordance with all procedures as necessary so as to ensure security at the facility; and further that

(3)     The evaluation will be conducted in a private room where the government's expert can evaluate the defendant in a secure environment.

DATED: _____                    _____
                                                                                 HONORABLE RICHARD SEEBORG
                                                                                 United States District Judge

STIPULATION AND [PROPOSED] ORDER