1  BRIAN STRETCH (CABN 132612)
   Acting United States Attorney
2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  KATHRYN HAUN (DCBN 484131)
   WILLIAM FRENTZEN (LABN 24421)
5  Assistant United States Attorneys

6       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
7       Telephone: (415) 436-7200
        FAX: (415) 436-7234
8       Kathryn.haun@usdoj.gov
        William.frentzen@usdoj.gov
9
   RAYMOND N. HULSER (MABN 551350)
10 Chief, Public Integrity Section

11 RICHARD B. EVANS (DCBN 441494)
   Trial Attorney
12
        1400 New York Avenue, N.W.
13      Washington, D.C. 20005
        Telephone: (202) 353-7760
14      Richard.B.Evans@usdoj.gov

15 Attorneys for United States of America

16

17                    UNITED STATES DISTRICT COURT

18                   NORTHERN DISTRICT OF CALIFORNIA

19                       SAN FRANCISCO DIVISION

20
   UNITED STATES OF AMERICA            ) NO. CR 15-CR 319 RS
21                                     )
            v.                         ) UNITED STATES' MOTION TO FILE EXHIBIT
22                                     ) TO SENTENCING MEMORANDUM UNDER
   CARL MARK FORCE IV                  ) SEAL AND ~~PROPOSED~~ ORDER
23 (A/K/A "FRENCHMAID"),               )
                                       )
24          Defendant.                 ) Date: October 19, 2015
                                       ) Time: 3:00 p.m.
25 _____     )

26

27

28

                                       1

Although in his Plea Agreement the defendant waived his right to medical privacy by putting his mental health into play, the government does not believe that the defendant's full medical history (at least the documents it has) and its own expert report containing such sensitive details need to be placed on the public record. The government has been able to excerpt in the public document from the report the portions that it needed to in order to make its argument. The government believes that ordinarily those materials would be filed under seal as they discuss personal details surrounding the defendant, his medical treatments, and his relationship with his family, and accordingly seeks to file its Expert Report (Exhibit A) of Dr. Daniel A. Martell under seal. A copy has been provided to the defense already.

DATED: October 9, 2015

Respectfully submitted,

BRIAN J. STRETCH
Acting United States Attorney

/s/
KATHRYN HAUN
WILLIAM FRENTZEN
Assistant United States Attorneys

RICHARD B. EVANS
Public Integrity Section

## PROPOSED ORDER

For the reasons stated in the government's instant motion it is hereby ORDERED that: Exhibit A to the government's sentencing memorandum in this case may be filed under seal. That will be maintained under seal until further order of the Court.

10-9-15

HON. RICHARD SEEBORG
U.S. District Court Judge

2