
ACTIVATE THIS CARD TODAY
On usaa.com: log on > select account > Activate Card.
On USAA mobile app: select account > select Menu > Activate Card.
Or call 1-800-411-4300.
127206-0415
3542
Valid Thru
Valid From
AMERICAN EXPRESS


EXHIBIT
A
tabbies



Print Close

# Re: Case opened: Case ID PP-004-211-322-556

From: [illegible] [redacted]
Sent: Mon 9/28/15 12:35 PM
To: service@paypal.com (service@paypal.com)

I do not recognize this charge. I contacted you on Friday or Saturday to advise you I do not recognize this charge and do not know how to proceed.

Sent from my mobile device.

On Sep 28, 2015, at 12:32 PM, "service@paypal.com" <service@paypal.com> wrote:

PayPal

Dear Shaun Bridges,

We are writing to let you know one of your buyers opened a case for this transaction. The buyer stated that they did not authorize this transaction.

Here are the case details:

- Buyer's name: [illegible] Carroll
- Buyer's email: [redacted]
- Buyer's transaction ID: [redacted]
- Your transaction ID: [redacted]
- Transaction date: September 24, 2015
- Transaction amount: $3,750 USD
- Disputed amount: $3,750 USD

If you have any additional information to help us resolve this case, please log in to your PayPal account and go to the Resolution Center [illegible] within the next [illegible] calendar days.

Thank you for your patience during this process. We appreciate your business.

You can find additional information and tips [illegible]



Bank of America

www.bankofamerica.com

SHAWN W BRIDGES

LAUREL MD 20723-1283

October 01, 2015

Account number(s):

Shawn W Bridges:

**We've received your claim on the account listed above. While we're conducting our research, you won't be liable for the items in question or any related interest charges or fees.**

The enclosed Fraud Statement must be completed, signed and returned to us in order to complete our research. The Fraud Statement is a critical part of our review. If we don't receive your completed and signed Fraud Statement, we may be unable to complete our research and may deny your claim.

**What you need to do**

- Complete and sign the enclosed Fraud Statement and return it to us within 10 calendar days from receipt of this letter.
- Fax the completed form to us at 1.302.456 [illegible], or return it in the enclosed postage-paid envelope to PO Box [illegible], El Paso, TX [illegible].
- Please do not alter the Fraud Statement. This is needed as documentation for the merchant, the merchant's financial institution or law enforcement.
- If you'd like to provide additional information about your claim, please include the details on a separate sheet of paper.
- Please continue to make payment for any valid charges that post to your account.

**What you need to know**

You'll see a credit for the amount of any fraudulent activity on your monthly billing statement.


Account ending - 0416

Current status: Researching claim

Information requested

Message date:

Subject:

To submit documents online:

Step 1:

Step 2:

Note: