

**MARYLAND STATE RETIREMENT and PENSION SYSTEM**

STATE RETIREMENT AGENCY
120 East Baltimore Street
Baltimore, MD 21202
Tel: 410-625-5555
1-800-492-5909
TDD/TTY 410-625-5535
sra.maryland.gov

R. Dean Kenderdine
Executive Director
Secretary To The Board

Dear Former Member:

Thank you for contacting the Maryland State Retirement Agency to request a refund of your accumulated contributions. The enclosed materials and instructions will assist you in applying for a withdrawal.

While you were working, you made member contributions to the Maryland State Retirement and Pension System through automatic payroll deductions. When you terminated this employment, you became eligible to request a refund of the contributions.

Enclosed with this letter is the following material:

- Application for Withdrawal of Accumulated Contributions (Form 5). This form must be completed and notarized if you decide to forfeit any service that you may be entitled and withdraw your accumulated contributions. BE SURE TO READ THE INSTRUCTIONS AND FREQUENTLY ASKED QUESTIONS PRIOR TO COMPLETING.

- Trustee-To-Trustee Distribution Form (Form 193) — This form is required only if you select Refund Choice No. 2 or No. 3 on the Application for Withdrawal of Accumulated Contributions.

- Special Tax Notice Regarding Your Rollover Options — If you decide to withdraw your accumulated contributions, you have options to avoid rollovers in order to avoid immediate taxation of your funds. This notice provides you with the rules related to your rollover options.

- Acknowledgement of Receipt of Special Tax Notice Regarding Your Rollover Options (Form 746) — If you decide to withdraw your accumulated contributions, you must complete and return this Acknowledgement with your Application for Withdrawal of Accumulated Contributions.

It is very important that you understand the consequences of withdrawing your contributions. When you withdraw your accumulated contributions, your account in the system will be closed. The closing of your account results in the forfeiture of accrued retirement service credit and eliminates your entitlement to any future retirement benefit, including a disability retirement.

**Generally, a refund of accumulated contributions may not be paid until at least 30 days after you terminate employment, and only after you have at least 30 days...**

EXHIBIT
tabbies
C

**MARYLAND STATE RETIREMENT AGENCY**
120 EAST BALTIMORE STREET
BALTIMORE, MARYLAND 21202-6700

## DESIGNATION OF BENEFICIARY

**IMPORTANT:** Please return completed form to the address listed above. Print clearly and read the instructions first. Fill in all sections. Retain a copy for your records.

CHECK ONE: ☐ Active   ☑ Vested   ☐ Retired

APPLICANT'S SOCIAL SECURITY NUMBER

**IMPORTANT:** If you are retired under Option 2, 3, 5 or 6, and designated your spouse, you must complete a Form 66 to make any changes.

APPLICANT'S NAME

| Shaun | W | Bridges |
|-------|---|---------|
| First | Middle | Last |

HOME ADDRESS

| Laurel | M D | 2 0 7 8 3 |
|--------|-----|-----------|
| City | | |

**PRIMARY BENEFICIARY(IES)** All money shall be paid in equal shares to the primary beneficiary(ies) who are living at the time of my death.

| BENEFICIARY'S NAME | RELATIONSHIP | Mother | Gender F |
|--------------------|--------------|--------|----------|
| Deborah | | J | Pearce-Martinez |
| First | | Middle | Last |

*If spouse, please indicate state/jurisdiction where marriage license was issued.

BENEFICIARY'S ADDRESS

| BENEFICIARY'S NAME | RELATIONSHIP | | Gender |
|--------------------|--------------|--|--------|
| First | | Middle | Last |

BENEFICIARY'S ADDRESS

**CONTINGENT BENEFICIARY(IES)** If all primary beneficiaries die before me, all money shall be paid in equal shares to the following person(s) who are living at the time of my death.

| BENEFICIARY'S NAME | RELATIONSHIP | Sister | Gender |
|--------------------|--------------|--------|--------|
| Kirstyn | | | |
| First | | Middle | Last |

BENEFICIARY'S ADDRESS

| BENEFICIARY'S NAME | RELATIONSHIP | | Gender |
|--------------------|--------------|--|--------|
| First | | Middle | Last |

BENEFICIARY'S ADDRESS

TO THE MARYLAND STATE RETIREMENT AGENCY:

Signature

Please check (✓) for your

( ) 1
( ) 2
( ) 2C
( ) 3
( ) 4
( ) 2
( )

