UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** October 19, 2015     **Time:** 1 hour     **Judge:** RICHARD SEEBORG

**Case No.**: 15-cr-00319-RS-2     **Case Name:** USA v. Carl Mark Force

**Attorney for Government:** Kathryn Haun, Will Frentzen, Richard Evans
**Attorney for Defendant:** Ivan Bates, Lloyst Fletcher
**Defendant:** [X] Present   [ ] Not Present
**Defendant's Custodial Status:** [X] In Custody   [ ] Not in Custody

**Deputy Clerk:** Corinne Lew     **Court Reporter:** Belle Ball
**Interpreter:** n/a     **Probation Officer:** Kyle Pollak

## PROCEEDINGS

Sentencing Hearing Held.

## SUMMARY

The court sentenced the defendant to custody of the Bureau of Prisons for a period of 78 months. This term consists of terms of 78 months on each of Counts One, Two, and Three, all counts to be served concurrently. Upon release from custody, the defendant shall be placed on a term of supervised release for a period of 3 years. This term consists of terms of 3 years on each of Counts One, Two, and Three, all such terms to run concurrently. The defendant is ordered to pay a special assessment in the amount of $300, which shall be due immediately. The defendant shall pay Restitution in the amount of $340,000. The court did not impose a fine.