PROPOSED ORDER/COVER SHEET

FILED
OCT 20 2015
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

TO: The Honorable Maria-Elena James
U.S. Magistrate Judge

RE: BRIDGES, Shaun

FROM: Roy Saenz, Chief
U.S. Pretrial Services Officer

Docket No.: 3:15-CR-00319-RS-1

Date: 10/16/15

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Brad Wilson                                           415-436-7511

U.S. Pretrial Services Officer                        TELEPHONE NUMBER

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding District Court Judge _____

☒ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☒ Modification(s)

A. The defendant shall be on lock-down with location monitoring and he shall only leave with prior approval from Pretrial Services for the following reasons: medical appointments, counseling, attorney visits, and court appearances; and

B. The defendant shall not be allowed access to any computers.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐ Other Instructions:

_____          10/20/15
JUDICIAL OFFICER                         DATE

MARIA-ELENA JAMES
UNITED STATES MAGISTRATE JUDGE