IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>CARL MARK FORCE,<br><br>        Defendant. | NO. CR 15-0319-02 RS<br><br>**SEALING ORDER PURSUANT TO GENERAL ORDER 54** |

The following documents in this action are placed under seal and shall not be opened except by the United States Sentencing Commission for its eyes only and shall not be transmitted or otherwise opened except by order of this court upon application.

  **X**    Presentence Report

  ____    Plea Agreement

  **X**    Statement of Reasons

  ____    _____ (Other)

Dated: November 2, 2015

RICHARD SEEBORG
United States District Judge