# UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DECLARATION IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT, OR OTHER COURT SERVICES UNDER THE CRIMINAL JUSTICE ACT

**WARNING: A FALSE OR DISHONEST ANSWER TO ANY QUESTION MAY BE PUNISHABLE BY FINE OR IMPRISONMENT, OR BOTH.**

IN UNITED STATES: ☐ MAGISTRATE ☒ DISTRICT ☐ APPEALS COURT ☐ OTHER (SPECIFY) _____

USA v. __Shaun Bridges__ DOCKET NO: _____

NAME OF PERSON REPRESENTED: __Shaun Bridges__

☒ DEFENDANT ☐ MATERIAL WITNESS ☐ APPELLANT ☐ GRAND JURY WITNESS ☐ HABEAS PETITIONER ☐ OTHER _____

ARE YOU CURRENTLY EMPLOYED?
☐ YES → EMPLOYER NAME/ADDRESS: _____
☒ NO → MONTH/YEAR OF LAST EMPLOYMENT: __March 2015__

MARITAL STATUS: ☐ SINGLE ☒ MARRIED ☐ SEPARATED/DIVORCED ☐ WIDOWED

IF MARRIED, IS SPOUSE EMPLOYED? ☐ NO ☒ YES

## INCOME/ASSETS

**a. MONTHLY INCOME**

| SOURCE | YOU | SPOUSE | TOTAL |
|---|---|---|---|
| Salary/wages | | ≈ 1000 | ≈ $1000 |
| Pension(s) | | | |
| Social Security | | | |
| Alimony | | | |
| Other (specify) | | | |

**b. OTHER INCOME** - Income Received In The Past 12 Months From Self-Employment, A Business, Commissions, Rentals, Annuities, Or Other Sources

| AMOUNT RECEIVED | SOURCE |
|---|---|
| $ 257 | Unemployment |
| $ | |
| $ | |

**c. ASSETS:** Cash • Real Estate (provide address) • Motor Vehicles • Investment Accounts • Trusts • Any Other Personal Property of Value

| DESCRIPTION | VALUE |
|---|---|
| Checking Account | ≈ 900 |
| IRA | 0 ≈ 130 |
| Equity in home | ≈ 7000 (my share) |

## FINANCIAL OBLIGATIONS/LIABILITIES

**a. DEPENDENTS** - List Names, Ages, And Relationships Of All Persons You Actually Support:

**b. MONTHLY EXPENSES & DEBTS**

Rent / Mortgage Payment: 2751.00
Utilities: 300.00
Insurance: 30.00
Transportation Costs: 200.00
Food: 300-400.00
Alimony/Child Support:
Other (specify): Homeowners / Road Front = 108.00

| Credit or Charge Cards (List) | Account Balance | Min. Monthly Payment |
|---|---|---|
| Amex | 20,000.00 | 350.00 |
| Mastercard | 18,000.00 | 200.00 |

I DECLARE UNDER PENALTY OF PERJURY THAT THE INFORMATION PROVIDED IN THIS DECLARATION IS TRUE AND CORRECT.

Signature of Defendant or Other Person Represented     Date: 11/12/15