# EXHIBIT B-3



