# EXHIBIT B-5

# Commander's Award
## 2008
## Annapolis Barrack

**Trooper Shawn Bridges**

*In recognition of outstanding public service to the citizens of the great State of Maryland and the Maryland State Police, this award is hereby issued by authority of the Commander of the Annapolis Barrack.*

*Whereas, during the Annapolis Barrack's warrant initiative (January 1, 2008 – May 2, 2008), Trooper Bridges served one-hundred-and-eighty-eight (188) arrest warrants. Of the 188 warrants served by Trooper Bridges; eighty-four (84) were criminal and one-hundred-and-four (104) were traffic related. In addition to the 188 warrants served by Trooper Bridges initiated six (6) on-scene criminal arrests and three (3) drug arrests were made as a result of warrant investigations. When comparing the progress of the warrant initiative to the same time period last year shows an overall 210% increase in warrant service production as well as over 500% increase in felony arrests.*

*Whereas, Trooper Bridges' exemplary and dedicated service has set an example of the highest standards of law enforcement.*

*Now, therefore, Lieutenant Michael W. Thompson, Commander of the Maryland State Police, Annapolis Barrack, does herby issue Trooper Bridges this "Commander's Award" for his continued dedication and contributions to the citizens of Maryland and the Maryland State Police.*

Michael W. Thompson, Lieutenant
Commander, Barrack "J, Annapolis
Department of Maryland State Police



