# EXHIBIT B-7



# Commander's Award
## 2008
## Annapolis Barrack

**Trooper Shawn Bridges**

In recognition of outstanding public service to the citizens of the great State of Maryland and the Maryland State Police, this award is hereby issued by authority of the Commander of the Annapolis Barrack.

Whereas, during the Annapolis Barrack's warrant initiative (January 1, 2008 – May 2, 2008), Trooper Bridges served one-hundred-and-eighty-eight (188) arrest warrants. Of the 188 warrants served by Trooper Bridges; eighty-four (84) were criminal and one-hundred-and-four (104) were traffic related. In addition to the 188 warrants served by Trooper Bridges initiated six (6) on-scene criminal arrests and three (3) drug arrests were made as a result of warrant investigations. When comparing the progress of the warrant initiative to the same time period last year shows an overall 210% increase in warrant service production as well as over 500% increase in felony arrests.

Whereas, Trooper Bridges' exemplary and dedicated service has set an example of the highest standards of law enforcement.

Now, therefore, Lieutenant Michael W. Thompson, Commander of the Maryland State Police, Annapolis Barrack, does herby issue Trooper Bridges this "Commander's Award" for his continued dedication and contributions to the citizens of Maryland and the Maryland State Police.

Michael W. Thompson
Michael W. Thompson, Lieutenant
Commander, Barrack "J, Annapolis
Department of Maryland State Police

# The American Legion



*Let it be Known To All That:*

## Officer Shaun Bridges

*Is Hereby Proclaimed*

American Legion Post 60's 2004 Public Safety Officer Of The Year from the Laurel Police Department.

This Distinguished Achievement is awarded for Professional and Dedicated Public Safety Services, which significantly contributes to the Safety of our Communities, Freedom and the Principles of Democracy which, are the Goals of various American Legion programs.

Presented Thereof this Twenty-eighth Day of October, Two Thousand Four at The American Legion, Laurel Post 60, Department of Maryland.

Attest:

_Charles B. Lavin Jr._
Commander
Laurel Post 60

_Roy P. Gilmore_
Chairman
Public Safety Committee









## TED WOLF
## PHYSICAL FITNESS AWARD

Presented By

## LODGE 69

This Award Is Presented To The Trooper Candidate Who Received The Highest Average In The Area Of Physical Skills. This Curriculum Includes Classes In Boxing, Circuit Training, Firearms and Emergency Vehicle Operation. The Award Is Donated By Fraternal Order Of Police Lodge 69 In Memory Of CPL. Ted Wolf.

The Recipient Of The 128th Class Ted Wolf Physical Fitness Award With The Average Of 96.7 Is

### Trooper Shaun Wesley Bridges



