# EXHIBIT B-8

