Steven Hale Levin
Fed. Bar No. 28750 (*pro hac vice*)
Levin & Curlett LLC
201 N. Charles Street, Suite 2000
Baltimore, Maryland 21201
Phone: (410) 685-0078
Facsimile: (410) 685-2222
Email: slevin@levincurlett.com

Craig S. Denney
Bar No. 244692
Snell & Wilmer L.L.P.
50 W. Liberty Street
Suite 510
Reno, Nevada 89501
Email: cdenney@swlaw.com

*Attorneys for Mr. Bridges*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CRIMINAL NO. 3:15-CR 00319–001 RS |
| | : ORDER |
| SHAUN W. BRIDGES | : |

...oOo...

On motion by declaration of counsel for Defendant SHAUN BRIDGES, and good cause appearing,

IT IS HEREBY ORDERED that the costs associated with Defendant SHAUN BRIDGES' non-custodial travel to the Northern District of California for the purposes of attending court proceedings be paid by the U.S. Marshals Service. The Court is satisfied that he is financially unable to pay for the costs of such travel.

IT IS FURTHER ORDERED that the U.S. Marshals Service furnish the Defendant with the airfare and ticketing necessary to travel from Baltimore Washington International Airport in Baltimore, Maryland to San Francisco International Airport on December 6, 2015, in time to make an 11:00 a.m. court appearance on December 7, 2015, before the Honorable Richard Seeborg in criminal case No. 3:15-CR-00319 in San Francisco, with enough time for the defendant to travel to the courthouse from the airport before the appearance.

SO ORDERED.

DATED this 2nd day of December 2015.

_____
Honorable Richard Seeborg
United States District Judge