United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>SHAUN W. BRIDGES,<br><br>    Defendant. | NO. CR 15-0319-01 RS<br><br>**SEALING ORDER PURSUANT TO GENERAL ORDER 54** |

The following documents in this action are placed under seal and shall not be opened except by the United States Sentencing Commission for its eyes only and shall not be transmitted or otherwise opened except by order of this court upon application.

  **X**    Presentence Report

  ___    Plea Agreement

  **X**    Statement of Reasons

  ___    _____ (Other)

Dated: December 7, 2015

_____
RICHARD SEEBORG
United States District Judge