UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES

**Date:** December 7, 2015    **Time:** 2 hours    **Judge:** RICHARD SEEBORG

**Case No.**: 15-cr-00319-RS-1    **Case Name:** USA v. Shaun W. Bridges

**Attorney for Government:** Richard Evans, Kathryn Haun
**Attorney for Defendant:** Steven Levin, Craig Denney
**Defendant:** [X] Present    [ ] Not Present
**Defendant's Custodial Status:** [ ] In Custody   [X] **Not in Custody**

| | |
|---|---|
| **Deputy Clerk:** Corinne Lew | **Court Reporter:** Kelly Polvi |
| **Interpreter:** n/a | **Probation Officer:** Kyle Pollack |
| | **Pretrial Officer:** Brad Wilson |

### PROCEEDINGS

Sentencing Hearing Held.

### SUMMARY

The court sentenced the defendant to custody of the B.O.P. for a period of 71 months. This term consists of terms of 71 months on Counts One and Two, all counts to be served concurrently. Upon release from custody, the defendant shall be placed on a term of supervised release for a period of 3 years.  This term consists of terms of three years on each of Counts One and Two, all such terms to run concurrently.  The defendant is ordered to pay a special assessment in the amount of $200, which shall be due immediately.  The court did not impose a fine. Government's Motion to Remand the defendant is denied.