IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** :<br>:<br>v.          :<br>:<br>**SHAUN W. BRIDGES** :<br>: | CRIMINAL NO. 3:15-cr-00319 RS |

...oOo...

## NOTICE OF APPEAL

Notice is hereby given that Shaun W. Bridges, the defendant in the above-captioned case, appeals to the United States Court of Appeals for the Ninth Circuit from the final judgment, as to his conviction and sentence, entered in this action on the 7th day of December, 2015.

Respectfully submitted,

December 15, 2015        /s/    Steven Hale Levin
Date                                    Steven H. Levin
                                        Levin & Curlett LLC
                                        201 N. Charles Street
                                        Suite 2000
                                        Baltimore MD 21201
                                        (410) 685-0078
                                        slevin@levincurlett.com
                                        *(Pro Hac Vice)*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been served on this 15$^h$ day of December 2015, to all parties via ECF.

                                                  __/s/_____  
                                                  Steven H. Levin  
                                                  Attorney for the Defendant