IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
|     Plaintiff | * | |
| v. | * | Criminal No: 3:15-cr-00319 RS |
| SHAUN W. BRIDGES | * | |
|     Defendant | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## MOTION FOR RELEASE OF PASSPORT

Comes Now Shaun W. Bridges, the above-named defendant, by and through undersigned counsel, and requests that this Court order the release of his passport to his legal representative at the time Mr. Bridges reports to his designated Bureau of Prisons facility. As grounds for this request, Mr. Bridges states as follows:

On or about April 1, 2015, Mr. Bridges surrendered his passport to the Pretrial Services Office in the Northern District of California;

On August 31, 2015, Mr. Bridges entered a guilty plea before this Court;

On December 7, 2015, this Court sentenced Mr. Bridges to a term of confinement.

Pursuant to General Order #55 of the United States District Court for the Northern District of California, passports are forwarded to the Department of State upon a defendant's entry of a guilty plea, absent a court order to hold or return the passport;

**WHEREFORE**, for the foregoing reasons, Mr. Bridges respectfully requests this Honorable Court to order the Pretrial Services Office to hold Mr. Bridges' passport until such

time that Mr. Bridges is placed into custody. At that time, Mr. Bridges requests that the passport be returned to his legal representative.

Respectfully submitted,

December 17, 2015

            /s/
Steven Hale Levin
Fed. Bar No. 28750
Levin & Curlett LLC
201 N. Charles Street, Suite 2000
Baltimore, Maryland 21201
Phone: (410) 685-0078
Facsimile: (410) 685-2222
slevin@levincurlett.com

*Pro Hac Vice Attorney for Shaun W. Bridges*

    /s/
Craig S. Denney
California Bar No. 244692
Snell & Wilmer, 50 West Liberty Street
Reno, Nevada 89501
Tel: (775)785-5440

*Local Counsel for Mr. Bridges*

2