IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 3:15-cr-00319 RS |
| | : | |
| SHAUN W. BRIDGES | : | |
| | : | |

...oOo...

### (PROPOSED) ORDER

This matter is before the Court on the Motion of Steven H. Levin for motion for the release of Shaun W. Bridges' passport. It is this _____ day of December, 2015,

**ORDERED** that the Motion should be and hereby is **GRANTED**. Accordingly, the Pretrial Services Office for the United States District Court for the Northern District of California will maintain custody of Mr. Bridges' passport and release his passport to his legal representative only at such time that Mr. Bridges is in the custody of the Bureau of Prisons.

**SO ORDERED**.

_____
Judge Richard G. Seeborg
United States District Judge
Northern District of California