BRIAN STRETCH (CABN 132612)
Acting United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

KATHRYN HAUN (DCBN 484131)
WILLIAM FRENTZEN (LABN 24421)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Kathryn.haun@usdoj.gov
    William.frentzen@usdoj.gov

RAYMOND N. HULSER (MABN 551350)
Chief, Public Integrity Section

RICHARD B. EVANS (DCBN 441494)
Trial Attorney

    1400 New York Avenue, N.W.
    Washington, D.C. 20005
    Telephone: (202) 353-7760
    Richard.B.Evans@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | NO. CR 15-CR 319-001 RS |
|    v. ) | UNITED STATES' OPPOSITION TO DEFENDANT'S MOTION FOR RELEASE OF PASSPORT |
| SHAUN W. BRIDGES ) (A/K/A "NUMBER 13"), ) | |
|    Defendant. ) | |

The United States, through its undersigned attorneys, hereby opposes the motion filed by defendant Shaun W. Bridges for the return of his passport.

1

As indicated in defendant's motion, Bridges surrendered his passport to the Pretrial Services Office for the Northern District of California in accordance with the conditions for release placed upon him by this Court following his arrest on complaint.  Since then, Bridges pled guilty to a two-court Information charging him with money laundering and obstruction of justice.  On December 7, 2015, Bridges was sentenced to 71 months in prison on each count to be served concurrently.

Defendant's motion for return of his passport was filed two days after the filing of his notice of appeal of both his conviction and sentence.  Dkt. No. 103.  Bridges' motion seeks an order form the Court directing the Pretrial Services Office to "hold [his] passport until such time that [he] is placed into custody.  At that time, [he] requests that the passport be returned to his legal representative."  Dkt. No. 105.

The United States submits that such a motion is both premature given the notice of appeal filed by Bridges and cause for concern given Bridges' conduct since surrendering his passport.  First, the motion is premature as Bridges was not remanded into custody at the sentencing hearing as requested by the government.  Instead, Bridges was permitted to self-surrender once he received a report date from the Bureau of Prisons, which will likely be sometime around the end of January 2016.  Bridges' notice of appeal raises the issue of whether he will seek to remain on release pending his appeal.  His motion does not address this issue.  Moreover, his reference to being "being placed into custody" is vague on its face.

Second, as the Court is aware, Bridges made repeated attempts to change his identity between the time of his arrest and the time that he entered his guilty plea in this case.  This unusual behavior – coupled with other factors -- prompted the United States to seek the withdrawal of Bridges' release pending his guilty plea and sentencing.  Although the government's requests were denied, in both instances the Court imposed further restrictive release conditions upon Bridges.  The return of Bridges' passport to anyone, including his "legal representative", should not occur until after he has served his entire sentence in this case.  Moreover, defense counsel has informed counsel for the government that he will not be representing Bridges on appeal which casts doubt on who, in fact, is Bridges' legal representative.

For the reasons stated above, the United States respectfully requests that the Court deny the subject motion.

DATED: December 22, 2015       Respectfully submitted,

BRIAN J. STRETCH
Acting United States Attorney

_____/s/_____
KATHRYN HAUN
WILLIAM FRENTZEN
Assistant United States Attorneys

RICHARD B. EVANS
Public Integrity Section