UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

USA,

        Plaintiff,

   v.

BRIDGES,

        Defendant.

Case No. 15-cr-00319-RS-1

**ORDER DENYING DEFENDANT'S MOTION FOR RELEASE OF PASSPORT**

Defendant Shaun W. Bridges has filed a motion for release of his passport, which he surrendered to the Pretrial Services Office after his arrest. That motion is denied.

**IT IS SO ORDERED**.

Dated: December 22, 2015

RICHARD SEEBORG
United States District Judge