01/22/2016 02:04 PM EDT

Version 7.1   Page 1   of   1

**U.S. Courts**
**Case Inquiry Report**
**Case Num: DCAN315CR000319;  Party Num: 001;  Payee Code: N/A**
**Show Party Details: N;  Show Payee Details: N;  Show Transactions: Y**

**Case Number**   DCAN315CR000319   **Case Title**   USA V. BRIDGES ET AL

**Summary Party Information:**

| Party# | Party Code | Party Name | Account Code | Debt Type | JS Account # | Total Owed | Total Collected | Total Outstanding |
|---|---|---|---|---|---|---|---|---|
| 001 | PTY19377 | SHAUN W. BRIDGES | PACCT13381 | SPECIAL PENALTY ASSESSMENT | | 200.00 | 200.00 | 0.00 |
| | | | | | | 200.00 | 200.00 | 0.00 |

**Registry Information:**

| Depository Code | Depository Name | Account Type | Account Number | Depository Total |
|---|---|---|---|---|

**Transaction Information:**

| Document Type/Number* | | Document Date | Accomplished Date | Line Type | | Amount | Party/Payee Name | | Doc Actn | Trans Type | Fund |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Account Number | Debt Type Line# | Debt Type | | Payee Line# | | Depository Line# | J/S Account Code | | | |
| CT 34611112203 | | 01/15/2016 | 01/15/2016 | PR | | 200.00 | SHAUN W. BRIDGES | | O | 04 | 504100 |
| | DCAN315CR000319-001 | 1 | SPECIAL PENALTY ASSESSMENT | | | | | | | | |

**\* Document Type Legend**

| Document Type | Document Type Name |
|---|---|
| CT | Cash Receipt - CCA Automated |

**SPECIAL ASSESSMENT**
**PAID IN FULL**

Defendant: Shaun W Bridges
Amount $ 200.00     Date: 1/15/16