BRIAN STRETCH (CABN 132612)
Acting United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

KATHRYN HAUN (DCBN 484131)
WILLIAM FRENTZEN (LABN 24421)
STEPHANIE HINDS (CABN 154284)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Kathryn.haun@usdoj.gov
    William.frentzen@usdoj.gov

RAYMOND N. HULSER (MABN 551350)
Chief, Public Integrity Section

RICHARD B. EVANS (DCBN 441494)
Trial Attorney

    1400 New York Avenue, N.W.
    Washington, D.C. 20005
    Telephone: (202) 353-7760
    Richard.B.Evans@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 15-0319-001 RS |
| v. | UNITED STATES' MOTION TO TERMINATE DEFENDANT'S MOTION FOR SELF-SURRENDER AND MOTION TO UNSEAL ARREST WARRANT AND [~~PROPOSED~~] ORDER |
| SHAUN W. BRIDGES (A/K/A "NUMBER 13"), | |
| Defendant. | |

1

The government submits the instant filing to terminate the defendant's pending motion for self-surrender that was filed yesterday.  Pursuant to the warrant issued under seal by this Court last night for the arrest of Shaun Bridges, the government hereby apprises the Court that Bridges was successfully arrested without incident this morning.  During the execution that warrant, and based on facts that remain under seal before this Court, the government recovered the following items: two "pelican style" bags which contained: identity documents; a passport card in Bridges' name; a notarized copy of Bridges' passport; corporate records for at least 3 different offshore entities ranging from Nevis to Belize to Mauritius, including one that Bridges created on October 28, 2015 after he had pleaded guilty in this case; a Samsung cell phone; and a thumb drive.  Also located in those bags were documents relating to his wife's, Ariana Esposito's, attempts to obtain citizenship in another country.  Government agents also found a MacBook with the serial number scratched off, an ipad tucked between a bedroom mattress, and bulletproof vests, at least one of which had Secret Service markings and thus is believed to have been stolen from the government.  It should be noted that this was <u>not</u> the sum of evidence agents recovered – rather, the government is only including facts here that it believes are relevant to the defendant's risk of flight.

In light of the defendant's arrest, and possibly for other reasons contained in filings that remain under seal, BOP has apprised government counsel that it is in the process of redesignating the defendant to another BOP facility.  Today, the defendant filed a motion in the District of Maryland for his release from custody and self-surrender to a BOP facility.  His motion was denied by Magistrate Judge Sullivan based, in part, on the arrest warrant issued by this Court.  Defendant, therefore, remains in the custody of the USMS pending BOP's redesignation.  The government submits that his continued post-sentencing detention in the custody of the USMS is appropriate under 18 U.S.C. § 3143, and all of the foregoing, and given all of the additional facts contained in the under seal filings of yesterday.

//
//
//
//
//

In light of the defendant's arrest, the government moves to unseal the defendant's arrest warrant. However, the government seeks to have the facts filed in support of that warrant (and the attached Exhibit) remain under seal given that they discuss new criminal conduct that the government is currently investigating. A Proposed Order is attached.

DATED: January 28, 2016              Respectfully submitted,

                                     BRIAN J. STRETCH
                                     Acting United States Attorney


                                     _____/s/_____
                                     KATHRYN HAUN
                                     STEPHANIE HINDS
                                     WILLIAM FRENTZEN
                                     Assistant United States Attorneys

                                     RICHARD B. EVANS
                                     Public Integrity Section

**[~~PROPOSED~~] ORDER**

For the reasons set forth above, the Defendant's Motion for Early Self-Surrender is DENIED;

For good cause shown, the Arrest Warrant is hereby ordered unsealed and the Government's filing of yesterday in this case shall remain under seal until further order of this Court.

Date: 1/29/16

_____
HON. RICHARD SEEBORG
United States District Judge