AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. 15-cr-00319-RS-1 |
| | ) |
| | ) |
| Shaun W. Bridges | ) |
| (A/K/A "Number 13") | ) |
| *Defendant* | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* **Shaun W. Bridges (A/K/A "Number 13")**,

who is accused of an offense or violation based on the following document filed with the court:

( ) Indictment ( ) Superseding Indictment ( ) Information ( ) Superseding Information ( ) Complaint
( ) Probation Violation Petition ( ) Supervised Release Violation Petition ( ) Violation Notice (X) Order of the Court

This offense is briefly described as follows:

**Pursuant to Order on the United States' Renewed Emergency Motion for Defendant's Immediate Remand and Arrest**

Date: January 27, 2016

*Issuing officer's signature*

City and state: San Francisco, California        M. Jenkins, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*