AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| United States of America | ) | | |
|---|---|---|---|
| v. | ) | Case No. | 15-cr-00319-RS-1 |
| Shaun W. Bridges (A/K/A "Number 13") | ) | | |
| Defendant | | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Shaun W. Bridges (A/K/A "Number 13"),
who is accused of an offense or violation based on the following document filed with the court:

( ) Indictment ( ) Superseding Indictment ( ) Information ( ) Superseding Information ( ) Complaint

( ) Probation Violation Petition ( ) Supervised Release Violation Petition ( ) Violation Notice (X) Order of the Court

This offense is briefly described as follows:

**Pursuant to Order on the United States' Renewed Emergency Motion for Defendant's Immediate Remand and Arrest**

Date: January 27, 2016

*Issuing officer's signature*

City and state: San Francisco, California          M. Jenkins, Deputy Clerk
*Printed name and title*

---

### Return

This warrant was received on *(date)* 1/27/2016, and the person was arrested on *(date)* 1/28/2016
at *(city and state)* LAUREL, MD

Date: 2/3/2016

*Arresting officer's signature*

TODD McHALE    SPECIAL AGENT
*Printed name and title*