UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Appellee,<br><br>vs<br><br>SHAUN W. BRIDGES<br><br>Appellant. | U.S.C.A. No.: 15-10590<br>U.S.D.C. No.: CR-15-00319-RS<br><br>ORDER RE: CJA APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL ON APPEAL |

The individual named above as appellant, having testified under oath or having otherwise satisfied this court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and, because the interests of justice so require, the Court finds that the appellant is indigent, therefore;

IT IS ORDERED that the attorney whose name, address and telephone number are listed below is appointed to represent the above appellant, replacing AFPD Carmen Smarandoiu.

Davina Pujari
425 Market Street, 26th Floor
San Francisco, CA 94105
(415) 995-5077

Appointing Judge: Hon. Judge Seeborg

2/18/16
Date of Order

February 12, 2016
Nunc Pro Tunc Date