**FILED**

UNITED STATES COURT OF APPEALS

FEB 24 2016

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff - Appellee,<br><br>v.<br><br>SHAUN W. BRIDGES, AKA Number13,<br><br>  Defendant - Appellant. | No. 15-10590<br><br>D.C. No. 3:15-cr-00319-RS<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Before: Peter L. Shaw, Appellate Commissioner.

The motion of the Federal Public Defender's Office to withdraw as counsel of record and to appoint new counsel is granted.

Counsel Davina Pujari, Esq., 425 Market Street, 26th Floor, San Francisco, California 94105, (415) 995-5077, is appointed as appellant's counsel of record for this appeal. The Clerk shall amend this court's docket to reflect counsel Pujari's appointed status and address.

The previously established briefing schedule remains in effect.

The Clerk shall serve this order on counsel and appellant individually at 8411 Lillian Lane, Laurel, Maryland 20723.

The Clerk shall also serve this order on former counsel.

DV/AppComm Direct Criminal