UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CARL MARK FORCE IV,<br><br>    Defendant. | CASE NO. CR 15-0319 RS<br><br>[PROPOSED] **FINAL ORDER OF FORFEITURE** |

On July 09, 2015, the Court entered a Preliminary Order of Forfeiture forfeiting the following property:

a. $13,045 in United States Currency held in BTC-e account;

b. $2,768.04 of the $44,082.65 in ScotTrade Account XXXX6437;

c. $158,865.00 traceable from federal income tax refund in lieu of forfeiture of Carl Mark Force's interest in real property located at 6722 Glenkirk Road, Baltimore, MD;

d. $17,759.06 held in the name of Engedi, LLC, controlled and owned by Carl Mark Force, in Bank of America Account XXXXXXXX6394; and

//

e. a Money Judgment in the amount of $500,000,

pursuant to Title 18, United States Code, Section 981(a)(1)(c); Title 18, United States Code, Section 982(a)(1)(A), and Title 28, United States Code, Section 2461(c).

The United States represents that it has complied with the publication notice requirements of the Preliminary Order and that no petitions have been filed.

**THEREFORE IT IS HEREBY ORDERED** that the above-described property shall be forfeited to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(c); Title 18, United States Code, Section 982(a)(1)(A), and Title 28, United States Code, Section 2461(c).  All right, title, and interest in said property is vested in the United States of America.  The appropriate federal agency shall dispose of the forfeited property according to law.

Dated: 5/2/16

_____
RICHARD SEEBORG
United States District Judge