1 | BRIAN STRETCH (CABN 132612)
United States Attorney

2

3 | DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

4 | KATHRYN HAUN (DCBN 484131)
WILLIAM FRENTZEN (LABN 24421)

5 | STEPHANIE HINDS (CABN 154284)
Assistant United States Attorneys

6

7 |    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200

8 |    FAX: (415) 436-7234
    Kathryn.haun@usdoj.gov

9 |    William.frentzen@usdoj.gov

10 | RAYMOND N. HULSER (MABN 551350)
Chief, Public Integrity Section

11

12 | RICHARD B. EVANS (DCBN 441494)
Trial Attorney

13 |    1400 New York Avenue, N.W.
    Washington, D.C. 20005

14 |    Telephone: (202) 353-7760
    Richard.B.Evans@usdoj.gov

15

16 | Attorneys for United States of America

17

18 | UNITED STATES DISTRICT COURT

19 | NORTHERN DISTRICT OF CALIFORNIA

20 | SAN FRANCISCO DIVISION

21 | UNITED STATES OF AMERICA                )  NO. CR 15-CR 319-001 RS
                                             )
22 |       v.                                )  **UNITED STATES' MOTION TO UNSEAL**
                                             )  **RENEWED EMERGENCY MOTION FOR**
23 | SHAUN W. BRIDGES                         )  **DEFENDANT'S IMMEDIATE REMAND AND**
     (A/K/A "NUMBER 13"),                    )  **ARREST AND PROPOSED ORDER**
                                             )
24 |       Defendant.                        )
                                             )
25                                           )
                                             )
26                                           )
                                             )
27 | _____ )

28

1

On January 27, 2016, the government filed under seal and ex parte a Renewed Emergency Motion for the Defendant's Immediate Remand ("Emergency Motion" attached as Exhibit A hereto) and an accompanying arrest warrant.  In support of its Emergency Motion, the government attached as an Exhibit a federal search warrant dated January 27, 2016 ("search warrant" attached as Exhibit B hereto) authorizing the search and seizure of evidence from the defendant's residence.  The affidavit in support of that search warrant detailed an ongoing investigation into a new series of bitcoin thefts -- and laundering of proceeds -- that the government is investigating.  At the time the government filed its Emergency Motion, the government requested the sealing of that Motion and accompanying documents because (1) defendant Bridges was still at liberty on release conditions set by the Court; and (2) the underlying search warrant was under seal for the reasons that it discussed an ongoing investigation and premature disclosure could jeopardize that investigation.  As set forth below, the government hereby notifies the Court that the reasons supporting the need for sealing these documents has lessened.

First, since the time the Emergency Motion was filed, the search warrant has been executed at the defendant's residence and he is thus well-aware that the government is investigating him and his co-conspirator(s) for a host of new criminal conduct that the government submits is potentially more serious than the prior crimes to which he pleaded guilty before this Court.  Second, the defendant is, at this point, now aware of what items were seized by the government pursuant to the warrant.  In addition, the federal judge in Maryland who authorized the search warrant recently ordered the government to provide defendant Bridges with a copy of the search warrant.[1]

Moreover, in the intervening five months since the search warrant and Emergency Motion were filed, the government's investigation has progressed significantly: the warrant and Motion only reflected the information the government had at that time; those documents do not reflect all of the information the government has since developed in the investigation, including but not limited to, blockchain and

---

[1] The magistrate judge in Maryland ordered that the government could provide the search warrant to BRIDGES in redacted fashion.  However, upon reflection, there is no meaningful way in which to redact the relevant warrant and therefore the government – in order to comply with that Court's order and for the foregoing reasons – yesterday filed a Motion to Unseal the entire search warrant which Magistrate Judge Timothy Sullivan granted this morning.  That search warrant has thus now been unsealed by that Court and is attached as Exhibit B hereto.

forensic analysis as well as additional sources of evidence. More criminal charges are anticipated in a separate case.

For the foregoing reasons, the government requests the Court unseal the previously-sealed documents, i.e. the Renewed Emergency Motion for Defendant's Immediate Remand and Arrest, Exhibits in support thereof, and Order Sealing the Same. A Proposed Order is attached.

DATED: June 30, 2016                                    Respectfully submitted,

                                                        BRIAN J. STRETCH
                                                        United States Attorney


                                                        KATHRYN HAUN
                                                        WILLIAM FRENTZEN
                                                        STEPHANIE HINDS
                                                        Assistant United States Attorneys

                                                        RICHARD B. EVANS
                                                        Public Integrity Section

**PROPOSED ORDER**

For the reasons set forth above, the government's unsealing motion is GRANTED;

The following documents are hereby ORDERED unsealed:

    UNITED STATES' RENEWED EMERGENCY MOTION FOR DEFENDANT'S IMMEDIATE REMAND AND ARREST AND PROPOSED ORDER; EXHIBITS THERETO; AND ORDER SEALING THE SAME, all previously filed under seal and ex parte

    UNITED STATES' MOTION TO UNSEAL RENEWED EMERGENCY MOTION FOR DEFENDANT'S IMMEDIATE REMAND AND ARREST AND PROPOSED ORDER EXHIBITS THERETO; AND [ORDER UNSEALING THE SAME]

The Clerk's Office is directed to file the foregoing documents electronically forthwith.

6/30/16

HON. RICHARD SEEBORG
U.S. District Court