**FILED**

**NOT FOR PUBLICATION**

APR 11 2017

UNITED STATES COURT OF APPEALS

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff-Appellee,<br><br>v.<br><br>SHAUN W. BRIDGES, a.k.a. Number13,<br><br>Defendant-Appellant. | No.  15-10590<br><br>D.C. No. 3:15-cr-00319-RS-1<br><br>MEMORANDUM[*] |

Appeal from the United States District Court
for the Northern District of California
Richard Seeborg, District Judge, Presiding

Submitted April 7, 2017[**]

Before: HUG, FARRIS, and CANBY, Circuit Judges.

Shaun W. Bridges appeals from the district court's judgment and challenges his 71-month sentence for money laundering, in violation of 18 U.S.C. § 1957, and obstruction of justice, in violation of 18 U.S.C. § 1512. Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Bridges's counsel has filed a brief stating that

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

there are no grounds for relief, along with a motion to withdraw as counsel of record. No pro se supplemental brief or answering brief has been filed.

Bridges has waived his right to appeal his conviction and sentence. Because the record discloses no arguable issue as to the validity of the appeal waiver, we dismiss the appeal. *See United States v. Watson,* 582 F.3d 974, 986-88 (9th Cir. 2009).

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED**.