UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 Golden Gate Avenue
San Francisco, CA 94102

_____

www.cand.uscourts.gov

Susan Y. Soong                                                    General Court Number
Clerk of Court                                                        415-522-2000

May 4, 2017

CASE NUMBER:  15-cr-00319-RS-1

CASE TITLE: USA v. Bridges

USCA NUMBER:  15-10590

DATE MANDATE FILED:  May 3, 2017

TO COUNSEL OF RECORD:

       The mandate of the United States Court of Appeals for the Ninth Circuit has been filed in the above captioned case.


                                        Very truly yours,

                                        Susan Y. Soong, Clerk

                                        _____

                                        by:  Mark Jenkins
                                        Case Systems Administrator
                                        415-522-2042