1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  WILLIAM FRENTZEN (LABN 24421)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone:  (415) 436-6959
7       Fax:  (415) 436-7234
        William.Frentzen@usdoj.gov
8
   Attorneys for the United States
9

10                  UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                     SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,        )  NO. CR 15-00319 RS
                                     )
14         Plaintiff,                )  **PETITION FOR AND WRIT OF HABEAS
                                     )  CORPUS AD PROSEQUENDUM; AND
15         v.                        )  [PROPOSED] ORDER**
                                     )
16  SHAUN W. BRIDGES                 )
                                     )
17         Defendant.                )
                                     )
18  ─────────────────────────────── )

19         Defendant Shaun W. Bridges is currently in the custody of the Bureau of Prisons, located in

20  Terre Haute, Indiana.  The parties anticipate that defendant will be charged in the U.S. District Court in

21  San Francisco with violations related to money laundering and his appearance is required to face those

22  charges.

23         The United States Attorney, through Assistant United States Attorney William Frentzen,

24  respectfully petitions this Court to issue the accompanying Writ of Habeas Corpus Ad Prosequendum

25  //

26  //

27  //

28  //

PETITION FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM
NO. CR 15 00319 RS

1    for the person of prisoner Shaun W. Bridges, whose place of custody is set forth in the requested Writ,

2    attached hereto.

3    Dated:  May 17, 2017                          Respectfully Submitted,

4                                                  BRIAN J. STRETCH
                                                   United States Attorney
5

6                                                  _____/s/_____
7                                                  WILLIAM FRENTZEN
                                                   Assistant United States Attorney
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PETITION FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM
NO. CR 15 00319 RS

1

## **WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

2   TO:     United States Marshal and any of his authorized deputies, and the Warden of Terre Haute FCI
3           and his authorized deputies:

4           Pursuant to the foregoing petition and order, the Warden of Terre Haute FCI is directed to

5   release the body of Shaun W. Bridges, in custody in Terre Haute FCI, or any other institution in the

6   Warden's custody, to the U.S. Marshal, who shall produce the same before the Honorable Richard

7   Seeborg, United States District Judge, 450 Golden Gate Avenue, San Francisco, California 94102, on

8   the seventeenth floor on June 27, 2017, or as soon thereafter as practicable, in order that defendant

9   Shaun W. Bridges may appear for proceedings before the Court on the charges filed against defendant.

10  Dated:                                              CLERK, UNITED STATES DISTRICT COURT
                                                        NORTHERN DISTRICT OF CALIFORNIA
11

12
                                         By:    _____
13                                              DEPUTY CLERK

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PETITION FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM
NO. CR 15 00319 RS

1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney

2

3  BARBARA J. VALLIERE (DCBN 439353)
   Chief, Criminal Division

4  WILLIAM FRENTZEN (LABN 24421)
   Assistant United States Attorney

5

6        450 Golden Gate Avenue, Box 36055
         San Francisco, California 94102-3495
         Telephone: (415) 436-6959

7        Fax: (415) 436-7234
         William.Frentzen@usdoj.gov

8

   Attorneys for the United States

9

10                    UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                       SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,              )   NO. CR 15-00319 RS
                                           )
14              Plaintiff,                 )   **[PROPOSED] ORDER GRANTING WRIT OF**
                                           )   **HABEAS CORPUS AD PROSEQUENDUM**
15              v.                         )
                                           )
16  SHAUN W. BRIDGES,                      )
                                           )
17              Defendant.                 )
                                           )
18  _____   )

19        Upon petition of the United States of America, and good cause appearing, **IT IS HEREBY**

20  **ORDERED** that the request of the United States for issuance of the Writ of Habeas Corpus Ad

21  Prosequendum requiring the production of defendant Shaun W. Bridges before this Court on the date

22  stated in the Writ attached hereto, or as soon thereafter as may be practicable, is granted, and the Writ is

23  issued as presented.

24  Dated:

25                                         _____
                                           HON. RICHARD SEEBORG
26                                         United States District Judge

27

28

PETITION FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM
NO. CR 15 00319 RS