BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

WILLIAM FRENTZEN (LABN 24421)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6959
    Fax: (415) 436-7234
    William.Frentzen@usdoj.gov

Attorneys for the United States

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR 15-00319 RS |
| Plaintiff, ) | **[~~PROPOSED~~] ORDER GRANTING WRIT OF HABEAS CORPUS AD PROSEQUENDUM** |
| v. ) | |
| SHAUN W. BRIDGES, ) | |
| Defendant. ) | |

Upon petition of the United States of America, and good cause appearing, **IT IS HEREBY ORDERED** that the request of the United States for issuance of the Writ of Habeas Corpus Ad Prosequendum requiring the production of defendant Shaun W. Bridges before this Court on the date stated in the Writ attached hereto, or as soon thereafter as may be practicable, is granted, and the Writ is issued as presented.

Dated: 5/18/17

                                     _____
                                     HON. RICHARD SEEBORG
                                     United States District Judge