BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

WILLIAM FRENTZEN (LABN 24421)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6959
    Fax: (415) 436-7234
    William.Frentzen@usdoj.gov

Attorneys for the United States

FILED
MAY 18 2017
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) NO. CR 15-00319 RS |
|---|---|
| Plaintiff, | ) |
| | ) **PETITION FOR AND WRIT OF HABEAS** |
| | ) **CORPUS AD PROSEQUENDUM; AND** |
| v. | ) **[PROPOSED] ORDER** |
| | ) |
| SHAUN W. BRIDGES | ) |
| | ) |
| Defendant. | ) |

Defendant Shaun W. Bridges is currently in the custody of the Bureau of Prisons, located in Terre Haute, Indiana. The parties anticipate that defendant will be charged in the U.S. District Court in San Francisco with violations related to money laundering and his appearance is required to face those charges.

The United States Attorney, through Assistant United States Attorney William Frentzen, respectfully petitions this Court to issue the accompanying Writ of Habeas Corpus Ad Prosequendum

//
//
//
//

for the person of prisoner Shaun W. Bridges, whose place of custody is set forth in the requested Writ, attached hereto.

Dated: May 17, 2017

Respectfully Submitted,

BRIAN J. STRETCH
United States Attorney

_____/s/_____
WILLIAM FRENTZEN
Assistant United States Attorney

PETITION FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM
NO. CR 15 00319 RS

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO: United States Marshal and any of his authorized deputies, and the Warden of Terre Haute FCI and his authorized deputies:

Pursuant to the foregoing petition and order, the Warden of Terre Haute FCI is directed to release the body of Shaun W. Bridges, in custody in Terre Haute FCI, or any other institution in the Warden's custody, to the U.S. Marshal, who shall produce the same before the Honorable Richard Seeborg, United States District Judge, 450 Golden Gate Avenue, San Francisco, California 94102, on the seventeenth floor on June 27, 2017, or as soon thereafter as practicable, in order that defendant Shaun W. Bridges may appear for proceedings before the Court on the charges filed against defendant.

Dated: MAY 1 8 2017

CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SUSAN Y. SOONG

By: _____
DEPUTY CLERK    MARK J. JENKINS

PETITION FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM
NO. CR 15 00319 RS