UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES

**Date:** June 27, 2017  **Time:** 3 minutes  **Judge:** RICHARD SEEBORG

**Case No.**: 15-cr-00319-RS-1  **Case Name:** USA v. Shaun Bridges

**Attorney for Government:** Will Frentzen, Richard Evans
**Attorney for Defendant:** Tedd Cassman for Laurel Headley
**Defendant:** [X] Present   [ ] Not Present
**Defendant's Custodial Status:** [X] In Custody  [ ] Not in Custody

**Deputy Clerk:** Corinne Lew   **Court Reporter:** Debbie Pas
**Interpreter:** n/a   **Probation Officer:** n/a

### PROCEEDINGS

Status Hearing Held.

### SUMMARY

Government expecting to have new charging documents soon.

CASE CONTINUED TO**: 7/18/17 at 2:30 p.m.** for Further Status Hearing.