BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

WILLIAM FRENTZEN (LABN 24421)
STEPHANIE M. HINDS (CABN 242828)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: 415.436.7200
    FAX: 415.436.4234
    william.frentzen@usdoj.gov
    stephanie.hinds@usdoj.gov

RAYMOND N. HULSER (MABN 551350)
Chief, Public Integrity Section

RICHARD B. EVANS (DCBN 441494)
Trial Attorney

    1400 New York Avenue, N.W.
    Washington, D.C. 20005
    Telephone: 202.353.7760
    richard.b.evans@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> SHAUN W. BRIDGES, <br><br> Defendant. | CASE NO. CR 15-0319 RS <br><br> **APPLICATION OF THE UNITED STATES FOR A FINAL ORDER OF FORFEITURE** |

On September 02, 2015, the Court entered a Preliminary Order of Forfeiture forfeiting the following property:

//

//

  a. $165,529.88^1$ from defendants Fidelity Brokerage Account, held in the name of Quantum Investments;

  b. $306,000 held in trust by defendants attorney of record;

  c. $4,745.92$^2$ from defendants PNC Bank Account, jointly held in the name of Shawn Bridges and a person known to the parties; and

  d. a Money Judgment in the amount of $651,000,

pursuant to Title 18, United States Code, Section 981(a)(1)(c); Title 18, United States Code, Section 982(a)(1)(A), and Title 28, United States Code, Section 2461(c).

  The Preliminary Order required the United States to publish notice of the Order and otherwise direct written notice to all persons known to have an interest in said property. Beginning on September 04, 2015, the United States published notice of the forfeiture action on www.forfeiture.gov, a government website for at least thirty days, notice of this Order and notice of the government's intent to dispose of the property in accordance with the law. The notice also advised potential third parties of their right to petition the Court within (30) days for a hearing to adjudicate the validity of their legal interest in the property.

  The United States represents that no petitions have been filed.

  Therefore, the United States respectfully requests that the Court enter the proposed Final Order of Forfeiture, directing that the property described above be forfeited to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(c); Title 18, United States Code, Section 982(a)(1)(A), and Title 28, United States Code, Section 2461(c).

Dated: 7/5/17

            Respectfully submitted,

            BRIAN J. STRETCH
            United States Attorney

            WILLIAM FRENTZEN
            STEPHANIE M. HINDS
            Assistant United States Attorneys

---

[1] After fees the Cashiers Check received September 17, 2015 was in the amount of $162,437.19, thus the government seeks forfeiture of $162,437.19 and correctly reflected on the final order of forfeiture.

[2] After fees the Cashiers Check received September 8, 2015 was in the amount of $4,711.52, thus the government seeks forfeiture of $4,711.52 and correctly reflected on the final order of forfeiture.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he is an employee if the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that he caused a copy of the following documents:

- **APPLICATION OF THE UNITED STATES FOR A FINAL ORDER OF FORFEITURE; and**

- **[PROPOSED] FINAL ORDER OF FORFEITURE**

to be served this date by electronic mail delivery upon the person(s) below:

| | |
|---|---|
| Craig Denney, Esq.<br>Snell & Wilmer<br>Email: cdenney@swlaw.com<br>(Counsel for BRIDGES) | Davina Pujari, Esq.<br>Hanson Bridgett LLP<br>Email: dpujari@hansonbridgett.com<br>(Counsel for BRIDGES) |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this __6__ day of July, 2017, at San Francisco, California.

/s/ Hector Lopez
HECTOR LOPEZ
FSA Paralegal III/AFU