1
2
3
4
5
6
7
8
9
10                             UNITED STATES DISTRICT COURT
11                            NORTHERN DISTRICT OF CALIFORNIA
12                                  SAN FRANCISCO DIVISION
13
14   UNITED STATES OF AMERICA,           )   CASE NO. CR 15-0319 RS
                                         )
15           Plaintiff,                  )   **[PROPOSED] FINAL ORDER OF**
                                         )   **FORFEITURE**
16       v.                              )
                                         )
17   SHAUN W. BRIDGES,                   )
                                         )
18           Defendant.                  )
     _____)

19       On September 02, 2015, the court entered a Preliminary Order of Forfeiture forfeiting the

20   following property:

21       a. $162,437.19 from defendants Fidelity Brokerage Account, held in the name of Quantum
            Investments;
22

23       b. $306,000 held in trust by defendants attorney of record;

24       c. $4,711.52 from defendants PNC Bank Account, jointly held in the name of Shawn Bridges
            and a person known to the parties; and
25

26       d. a Money Judgment in the amount of $651,000,

27   pursuant to Title 18, United States Code, Section 981(a)(1)(c); Title 18, United States Code, Section

28   982(a)(1)(A), and Title 28, United States Code, Section 2461(c).

[PROPOSED] FINAL ORDER OF FORFEITURE
 CR 15-0319 RS                                       1

1  The United States represents that it has complied with the publication notice requirements of the
2  Preliminary Order and that no petitions have been filed.
3  **THEREFORE IT IS HEREBY ORDERED** that the above-described property shall be
4  forfeited to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(c); Title 18,
5  United States Code, Section 982(a)(1)(A), and Title 28, United States Code, Section 2461(c).  All right,
6  title, and interest in said property is vested in the United States of America.  The appropriate federal
7  agency shall dispose of the forfeited property according to law.

9  Dated: _____
10  RICHARD SEEBORG
   United States District Judge