1 | BRIAN J. STRETCH (CABN 163973)
United States Attorney

2

3 | BARBARA VALLIERE (CABN 147374)
Chief, Criminal Division

4 | WILLIAM FRENTZEN (LABN 24421)
Assistant United States Attorneys

5
    450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102-3495
    Telephone: (415) 436-6959
7     Fax: (415) 436-7234
    William.Frentzen@usdoj.gov
8
Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | Case No. CR 15-00319 RS |
|---|---|---|
|     Plaintiff, | ) | |
| v. | ) | STIPULATION TO CONTINUE HEARING; AND |
| | ) | [PROPOSED] ORDER |
| SHAUN W. BRIDGES, | ) | |
|     Defendant. | ) | |

STIPULATION TO CONTINUE HEARING; AND [PROPOSED] ORDER

1     The parties hereby stipulate and agree to request that the Court continue the hearing in this
2 matter from July 18, 2017 to August 15, 2017, if that date is available to the Court.  The request is based
3 on the following:

4    1.  AUSA Frentzen is expected to be required to travel out of the area related to an ongoing
5       case/investigation.

6    Based on the foregoing, the parties are requesting that the Court continue the date for the hearing to
7 August 15, 2017 or another date convenient to the Court and the parties.

8 Dated:  July 17, 2017                                                                               Respectfully submitted,

BRIAN J. STRETCH
United States Attorney

_____/s/_____
William Frentzen
Assistant United States Attorneys


Shaun W. Bridges by:

_____/s/_____
Laurel Headley
Counsel for Shaun W. Bridges


19     IT IS HEREBY ORDERED, that for good cause shown, the argument on this matter shall be
20 continued from July 18, 2017, to August _____, 2017.

22 Date: _____                                 _____
HON. RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA