1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   BARBARA VALLIERE (CABN 147374)
3  Chief, Criminal Division

4  WILLIAM FRENTZEN (LABN 24421)
   Assistant United States Attorneys
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-6959
7      Fax: (415) 436-7234
       William.Frentzen@usdoj.gov
8
   Attorneys for United States of America
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) Case No. CR 15-00319 RS |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION TO CONTINUE HEARING; AND [~~PROPOSED~~] ORDER |
| SHAUN W. BRIDGES, | ) |
| Defendant. | ) |

STIPULATION TO CONTINUE HEARING; AND [PROPOSED] ORDER

The parties hereby stipulate and agree to request that the Court continue the hearing in this matter from July 18, 2017 to August 15, 2017, if that date is available to the Court. The request is based on the following:

1. AUSA Frentzen is expected to be required to travel out of the area related to an ongoing case/investigation.

Based on the foregoing, the parties are requesting that the Court continue the date for the hearing to August 15, 2017 or another date convenient to the Court and the parties.

Dated: July 17, 2017                                       Respectfully submitted,

                                                           BRIAN J. STRETCH
                                                           United States Attorney

                                                           _____/s/_____
                                                           William Frentzen
                                                           Assistant United States Attorneys


                                                           Shaun W. Bridges by:

                                                           _____/s/_____
                                                           Laurel Headley
                                                           Counsel for Shaun W. Bridges


IT IS HEREBY ORDERED, that for good cause shown, the argument on this matter shall be continued from July 18, 2017, to August __15__, 2017.

Date: 7/17/17                                              _____
                                                           HON. RICHARD SEEBORG
                                                           UNITED STATES DISTRICT JUDGE
                                                           NORTHERN DISTRICT OF CALIFORNIA

STIPULATION TO CONTINUE HEARING; AND [PROPOSED] ORDER
1