Laurel Headley (Cal. Bar 152306)
ARGUEDAS, CASSMAN & HEADLEY, LLP
803 Hearst Avenue
Berkeley, CA 94710
headley@achlaw.com
Telephone:    (510) 845-3000
Facsimile:    (510) 845-3003

*Counsel for Defendant Shaun Bridges*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  CR 15-319 RS |
| Plaintiff, | NOTICE OF APPEARANCE |
| v. | |
| SHAUN BRIDGES, | |
| Defendant. | |

PLEASE TAKE NOTICE that as of today's date the attorney listed below will be

appearing for defendant Shaun Bridges in the above-referenced matter.

Laurel Headley (CABN 152306)
Arguedas, Cassman & Headley
803 Hearst Avenue
Berkeley, CA 94710
Phone: 510.845.3000
Fax: 510.845.3003
Email: headley@achlaw.com

DATED:  July 25, 2017                            /s/
                                                          LAUREL HEADLEY
                                                          Attorney for Defendant SHAUN BRIDGES

*NOTICE OF APPEARANCE - 1*