Laurel Headley (Cal. Bar 152306)
ARGUEDAS, CASSMAN & HEADLEY, LLP
803 Hearst Avenue
Berkeley, CA 94710
headley@achlaw.com
Telephone:   (510) 845-3000
Facsimile:    (510) 845-3003

*Counsel for Defendant Shaun Bridges*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHAUN BRIDGES,<br><br>Defendant. | No.  CR 15-319 RS<br><br>*EX PARTE* APPLICATION FOR COURT ORDERED PHONE CALLS AND [~~PROPOSED~~] ORDER |

    Defendant Shaun Bridges is in the custody of the Bureau of Prisons and is being housed by the Alameda County Sheriff's Department at the Glenn Dyer Detention Facility. Mr. Bridges is in administrative segregation and therefore is only allowed out of his cell for approximately one hour per day at random times of the day or night.  Mr. Bridges is party to a divorce case pending in the Circuit Court for Howard County in Maryland, and a hearing in that case is set for August 11, 2017.  Mr. Bridges is represented in that case by Amar S. Weisman, Esq. and needs to call his attorney to prepare for his case, but the random times during which he has access to a phone may

not coincide with east coast business hours.  Undersigned counsel has been told by Glenn Dyer jail that a Court order is the most effective way to ensure Mr. Bridges access to a phone during a particular time of the day.

    Mr. Bridges therefore requests the Court order the staff at the Alameda County Sheriff's Department, Glenn Dyer Detention Facility to permit Mr. Bridges access to a telephone for the purpose of making legal phone calls between the hours of 6:00 a.m. and 3:00 p.m. (Pacific Time) at least two times per week, provided the calls do not unreasonably interfere with the operation of the jail.

DATED:  July 26, 2017        Respectfully submitted,

                              /s/
                            LAUREL HEADLEY
                            Attorney for Defendant SHAUN BRIDGES

## ORDER

    GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the Alameda County Sheriff's Department, Glenn Dyer Detention Facility shall permit defendant Shaun Bridges (PFN No. UMA724) access to a telephone for the purpose of making legal phone calls between the hours of 6:00 a.m. and 3:00 p.m. (Pacific Time) at least two times per week, provided such calls do not unreasonably interfere with the operation of the jail.

DATED:  July 26, 2017        _____
                            THE HONORABLE RICHARD SEEBORG
                            UNITED STATES DISTRICT COURT JUDGE