UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** August 15, 2017   **Time:** 20 minutes   **Judge:** RICHARD SEEBORG

**Case No.:** 15-cr-00319-RS-1   **Case Name:** USA v. Shaun Bridges

Related to 17-cr-00448-RS-1

**Attorney for Government:** Will Frentzen, Richard Evans
**Attorney for Defendant:** Laurel Headley
**Defendant:** [X] Present   [ ] Not Present
**Defendant's Custodial Status:** [X] In Custody   [ ] Not in Custody

**Deputy Clerk:** Corinne Lew          **Court Reporter:** Kathy Sullivan
**Interpreter:** n/a                   **Probation Officer:** n/a

## PROCEEDINGS

Change of Plea Hearing Held.

## SUMMARY

**In criminal case 17-cr-00448 RS** - The defendant is sworn. Plea Agreement was executed in open court. The defendant plead guilty to Count One of the Information. The matter referred to the probation office for a PSR and continued to **11/7/17 at 2:30 p.m.** for Sentencing.