9/18/17

Clerk United States District Court
Northern District of California
450 Golden Gate Ave
San Francisco, CA 94123

Shaun Bridges #UMA724
Glen E Dyer Detention Center
550 6th Street
Oakland, CA 94607

FILED

SEP 20 2017

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Re: Ex Parte Motion in Case # CR 15-319 RS

Clerk,

   I am Pro Se in the above captioned case. Please
provide Judge Seeborg the included Ex Parte motion as
timely as possible. Please do not confuse my Pro Se
status in the captioned case with my CJA appointed
counsel in related case CR 17-448 RS. I am indeed
Pro Se in the captioned case (CR-15-319 RS), while
Laurel Headley, Esq. is appointed in case CR-17-448 RS.

                              Respectfully submitted,

                              Shaun Bridges