Shawn Bridges PFN# AMA724
Glen E Dyer
550 6th Street
Oakland, CA 94607

**ALAMEDA COUNTY JAIL MAIL**

18 SEP 2017 PM 3 L

FOREVER USA

Barn Swallow

Legal Mail
Confidential

Clerk, U.S. District Court
Northern District of California
450 Golden Gate. Ave.
San Francisco, CA 94123
94102-348999

eJ 3197

LEGAL MAIL


