FILED
SEP 20 2017
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> v. <br> Shaun Bridges, <br> Defendant. | Case No. 15-319 RS <br><br> EX PARTE MOTION FOR VIDEOCONFERENCE/ TELECONFERENCE |

Defendant, Shaun Bridges, Pro Se and unrepresented in the above captioned case, respectfully requests this Court to issue an order directing the U.S. Marshal Service (USMS) for the Northern District of California, San Francisco Division, to transport the defendant to this Court on October 11, 2017 to participate in a videoconference/teleconference with the Maryland, Howard County Circuit Court on the above date for a court

①

ordered appearance in that jurisdiction. (See Case no. 13-C016-109534, Bridges v. Esposito)

The defendant is designated to the Federal Bureau of Prisons (FBOP); however, is temporarily in the custody of the USMS for a court appearance in the NDCA. The defendant has been directed to appear via video conference by presiding Chief Judge Gelfman of the Howard County Circuit Court in Maryland. As the defendant is temporarily in the custody of the USMS, the duty shifts from the FBOP to the USMS to make reasonable arrangements for the defendant to comply with the Maryland Court's order to appear for trial via video conference. The Clerk's Office for this Court (NDCA) has confirmed such capabilities are

available in this Court.

In Summary, the defendant respectfully requests the USMS be directed to transport the defendant to this Court and to further make arrangements with the Maryland, Howard County Circuit Court for the defendant to be available to appear via this Court's video conferencing system or in the secondary alternate via teleconference. In the event of a scheduling conflict or court postponement the defendant requests the Court's order to carry forward to such rescheduled date so as long as the defendant is in the custody of the USMS in the NDCA.

The defendant has Maryland retained counsel for this State matter; to wit: Amar Weisman, Esq., 305 Alleghany Ave., Towson, MD. 21204, Ph: 410-321-4994.

The defendant affirms under the penalty of perjury the above facts and events are true to his best knowledge and belief.

Dated: September 18th 2017

Respectfully Submitted,

Shaun B.

Shaun W. Bridges
PFN: WMA724
Glen Dyer Detention Center
550 6th Street
Oakland, CA 94607

**DENIED**
Judge Richard Seeborg
Date: 9/21/17
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA