UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
    Plaintiff,
      v.
BRIDGES,
    Defendant.

Case No. 15-cr-00319-RS-1

**ORDER DENYING MOTION TO APPOINT COUNSEL**

Shaun Bridges has a pending 28 U.S.C. § 2255 petition to vacate his sentence. He now seeks appointment of counsel. There is no right to counsel in habeas corpus actions. *See Knaubert v. Goldsmith*, 791 F.2d 722, 728 (9th Cir. 1986). A district court is authorized under 18 U.S.C. § 3006A(a)(2)(B) to appoint counsel to represent a habeas petitioner whenever it "determines that the interests of justice so require" and that the petitioner is financially unable to obtain representation. The decision to appoint counsel is within the discretion of the district court, *see Chaney v. Lewis*, 801 F.2d 1191, 1196 (9th Cir. 1986), and should be granted only when exceptional circumstances are present, *see generally* 1 J. Liebman & R. Hertz, *Federal Habeas Corpus Practice and Procedure* § 12.3b at 383-86 (2d ed. 1994). Because petitioner has not shown exceptional circumstances warranting the appointment of counsel, the motion is denied.

**IT IS SO ORDERED**.

Dated: December 18, 2017

_____
RICHARD SEEBORG
United States District Judge