UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>                Plaintiff,<br><br>         v.<br><br>BRIDGES,<br><br>                Defendant. | Case No.15-cr-00319-RS-1<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 1/5/2018, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Shaun Bridges
20436-111
FCI Terre Haute
P.O. Box 33
Terre Haute, IN 47808

Dated: 1/5/2018

Susan Y. Soong
Clerk, United States District Court

By:_____
Corinne Lew, Deputy Clerk to the
Honorable RICHARD SEEBORG