**Pages 1 - 6**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable Sallie Kim, Magistrate Judge

```
UNITED STATES OF AMERICA,      )
                               )
         Plaintiff,            )
                               )
   VS.                         )    NO. CR. 15-00319 RS (SK)
                               )
SHAUN W. BRIDGES,              )
                               )
         Defendant.            )
_____)
```

San Francisco, California
Monday, August 31, 2015

**TRANSCRIPT OF THE OFFICIAL
ELECTRONIC SOUND RECORDING OF PROCEEDINGS**

**APPEARANCES**:

For Plaintiff:
    Melinda Haag
    United States Attorney
    450 Golden Gate Avenue, 11th Floor
    San Francisco, CA  94102
    (415) 436-6511
    **BY:  KATHRYN R. HAUN**
          **WILLIAM FRENTZEN**

For Plaintiff:
    United States Department of Justice
    Criminal Division
    Public Integrity Section
    1400 New York Avenue NW, 12th Floor
    Washington, DC  20005
    (202) 353-7760
    **BY:  RICHARD B. EVANS**

Transcribed By Lydia Zinn, CSR #9223, FCRR, Official Reporter

```
 1  APPEARANCES:

 2  For Defendant:
                        Levin and Curlett LLC
 3                      201 N. Charles Street, Suite 2000
                        Baltimore, MD   21201
 4                      (410) 685-0078
                   BY:  STEVEN HALE LEVIN
 5
```

```
 1   Monday - August 31, 2015                          9:36 a.m.
 2                       P R O C E E D I N G S
 3                            ---oOo---
 4          THE CLERK:  Calling Case Number CR. 15-319, U.S.A.
 5   versus Shaun W. Bridges.
 6          MS. HAUN:  Good morning, Your Honor.  Kathryn Haun,
 7   for the United States.  I'm joined by my colleagues,
 8   William Frentzen and Richard Evans.  Mr. Evans is from the
 9   Public Integrity Section, Main Justice, Washington, D.C.
10          MR. EVANS:  Good morning, Your Honor.
11          THE COURT:  Good morning.
12          MR. LEVIN:  Good morning, Your Honor.  Steven Levin,
13   on behalf of Mr. Bridges, who is standing to my right.
14          THE COURT:  Good morning.  I understand that we're
15   here on an arraignment for a felony Information.  Is that
16   correct?
17          MR. LEVIN:  It is correct.
18          MS. HAUN:  Yes.
19          THE COURT:  And Mr. Levin, do you have a copy of the
20   information for your client?
21          MR. LEVIN:  I do, Your Honor.
22          THE COURT:  Okay.  Mr. Levin [sic], the U.S. Attorney
23   has charged you in an Information with certain felony offenses.
24   I'm going to ask Ms. Haun to summarize those, and the maximum
25   penalties.
```

1           **MS. HAUN:**  Yes.  Mr. Bridges has been charged in a
2    two-count Information, Your Honor.  The first count that
3    Mr. Bridges is charged with is a violation of Title 18,
4    United States Code Section 1957.  That is money laundering.
5    And if convicted of that offense, the maximum penalties the
6    defendant faces are a 20-year term of imprisonment; a $250,000
7    fine, or twice the gross gain; a three-year term of Supervised
8    Release; restitution and forfeiture; and a $100 Special
9    Assessment.
10          The defendant is also charged in another count of the
11   felony Information with a violation of Title 18
12   United States Code Section 1512.  That is obstruction of
13   justice.  And the maximum penalties for that offense are the
14   same that I just recited for the prior count.  Of course, those
15   would be per that count.  So again --
16          **THE COURT:**  Thank you.
17          **MS. HAUN:**  -- would apply.
18          **THE COURT:**  Okay.  Thank you.  Mr. Bridges, do you
19   understand the nature of the charges, and the nature of the
20   potential maximum penalties against you?
21          **THE DEFENDANT:**  I do, Your Honor.
22          **THE COURT:**  Okay.  Mr. Bridges, you have the
23   constitutional right to be charged with the Grand Jury.  The
24   U.S. Attorney has filed an Information, and you can waive the
25   Grand Jury if you choose to do that.  If you do have a Grand

```
 1  Jury -- and my understanding is that you're going to waive it
 2  today.  Is that correct?
 3          THE DEFENDANT:  That's correct, Your Honor.
 4          THE COURT:  And, Mr. Levin, have you signed the
 5  paperwork for that?
 6          MR. LEVIN:  We have, Your Honor.
 7          THE COURT:  Thank you.  And, Mr. Levin, is this
 8  your -- I mean, Mr. Levin, this is your signature.
 9      Mr. Bridges, is this your signature on this?
10          THE DEFENDANT:  Yes.
11          THE COURT:  And I find that the waiver of Indictment
12  is knowingly and voluntarily made by Mr. Bridges, the
13  defendant, and I accept the waiver.  And the record should
14  reflect that the defendant has waived the Indictment.
15      Are you ready to enter a plea at this time?
16          MR. LEVIN:  We are, Your Honor.
17          THE COURT:  And what is that plea?
18          MR. LEVIN:  Mr. Bridges pleads not guilty.
19          THE COURT:  Okay.  A plea of not guilty will be
20  entered.  And the record should reflect the defendant is now
21  arraigned.
22          MS. HAUN:  Thank you.
23          THE COURT:  Is there anything else that needs to be
24  done today?
25          MS. HAUN:  No, Your Honor.  The defendant is going to
```

1  be pleading guilty to the Information.  Our understanding is --
2  for a change-of-plea hearing this afternoon before
3  Judge Seeborg at -- Ms. Hom, is that -- do you have 2:00 or
4  3:00?  We were checking.
5         **THE CLERK:**  I was told it was set for 3:00 o'clock.
6         **MS. HAUN:**  3:00 o'clock, specially set, Your Honor.
7         **THE COURT:**  Okay.  All right.  So, given that there's
8  nothing more, we're done with this matter.  Thank you.
9         **MR. LEVIN:**  Thank you, Your Honor.
10        **THE DEFENDANT:**  Thank you, Your Honor.
11     (At 9:40 a.m. the proceedings were adjourned.)

## CERTIFICATE OF REPORTER

13    I certify that the foregoing is a true and correct
14 transcript, to the best of my ability, of the above pages of
15 the official electronic sound recording provided to me by the
16 U. S. District Court, Northern District of California, of the
17 proceedings taken on the date and time previously stated in the
18 above matter.
19    I further certify that I am neither counsel for, related
20 to, nor employed by any of the parties to the action in which
21 this hearing was taken; and, further, that I am not financially
22 nor otherwise interested in the outcome of the action.
23
24  _/s/ Lydia Zinn_                          January 12, 2018
25         Signature of Transcriber        Date