ALEX G. TSE (CABN 152348)
Acting United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

DAVID COUNTRYMAN (CABN 226995)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7303
    FAX: (415) 436-7234
    david.countryman@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | CR 15-319 RS |
|---|---|---|
|     Plaintiff, | ) | |
| | ) | STIPULATION TO TRANSFER FIREARMS TO |
| v. | ) | FEDERAL FIREARMS LICENSEE; [~~PROPOSED~~] |
| | ) | ORDER |
| SHAUN W. BRIDGES, | ) | |
|     Defendant. | ) | |

    IT IS HEREBY STIPULATED by and petitioner Deborah Pease-Martinez, both individually and in her capacity as the Settlor and Trustee of the NFA Family Trust (the "Petitioner") and the United States of America (collectively the "parties") to transfer the property described below (the "subject firearms") to a federally licensed firearms dealer:

    a. FNH Scar 17 Rifle (SN# HC24801)
    b. FNH Scar 16 Rifle (SN# LC26320)
    c. Christensen Arms Rifle (SN# CA02181)
    d. Mossberg Shotgun 12GA (SN# AF120609)

    1.    On or about March 29, 2015, defendant Shaun Bridges sold the subject firearms to Ariana Esposito. *See* Docket No. 158, Exhibit 2.

STIPULATION TO TRANSFER FIREARMS AND DISMISS
CR 15-319 RS

2. On or about March 29, 2015, Ms. Esposito and Deborah Pease-Martinez created a trust in the state of Maryland known as the NFA Family Trust. *See* Docket No. 158, Exhibit 1.

3. On or about April 1, 2015, defendant Shaun Bridges surrendered physical custody of the subject firearms to the United States. *See* Docket No. 158 p.2 ¶ 3.

4. Petitioner states and agrees that Deborah Pease-Martinez, as Settlor and Trustee of the NFA Family Trust, is authorized to enter into this Settlement Agreement on behalf of the NFA Family Trust. Petitioner further asserts that the NFA Family Trust is the sole owner of the subject firearms.

5. Petitioner agrees that the FFL or United States may remove the barrel of the Christensen Arms Rifle (SN# CA02181). Petitioner further agrees that the barrel of the Christensen Arms Rifle will be sent to a third-party agreed-upon by the parties.

6. The parties agree that the subject firearms shall be transferred to the following Federal Firearms Licensee (the "FFL"):

> 2 A Sales & Supplies
> 8610 Washington Blvd, Suite 209
> Jessup, MD 20794

7. Petitioner understands and agrees to keep the subject firearms out of the custody or control of any person prohibited from possessing firearms by 18 U.S.C. § 922(g), including but not limited to Shaun Bridges. Petitioner acknowledges that allowing a prohibited person to use, possess, or control the subject firearms would aid and abet a violation of 18 U.S.C. § 922(g), a felony.

IT IS SO STIPULATED:

Dated: 1/10/2018

_____
DEBORAH PEASE-MARTINEZ
Petitioner.

Dated: 1/16/18

_____
DAVID B. COUNTRYMAN
Assistant United States Attorney

STIPULATION TO TRANSFER FIREARMS AND DISMISS
CR 15-319 RS

# [PROPOSED] ORDER

UPON CONSIDERATION of the STIPULATION TO TRANSFER FIREARMS TO FEDERAL FIREARMS LICENSEE, the entire record, and for good cause shown, it is by the Court on this 17th day of January, 2018, hereby

ORDERED that the United States may remove the barrel of the Christensen Arms Rifle (SN# CA02181) and transfer the barrel to a third-party agreed-upon by the parties.

ORDERED that the (1) FNH Scar 17 Rifle (SN# HC24801); (2) FNH Scar 16 Rifle (SN# LC26320; (3) Christensen Arms Rifle (SN# CA02181) with the barrel removed; and (3) Mossberg Shotgun 12GA (SN# AF120609) may be transferred to the following federal firearms licensee:

> 2 A Sales & Supplies
> 8610 Washington Blvd, Suite 209
> Jessup, MD 20794

Petitioner is further ORDERED to keep the any of the firearms listed above out of the custody or control of any person prohibited from possessing firearms by 18 U.S.C. § 922(g), including but not limited to Shaun Bridges.

It is further ORDERED that the instant complaint be dismissed.

IT IS SO ORDERED.

Dated: 1/17/18

HONORABLE RICHARD SEEBORG
United States District Judge

STIPULATION TO TRANSFER FIREARMS AND DISMISS
CR 15-319 RS