Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Plaintiff(s),<br><br>v.<br><br>Shaun Bridges<br><br>Defendant(s). | Case No: 15-CR-00319(R<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, Scott Lloyd Fenstermaker, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Shaun Bridges in the above-entitled action. My local co-counsel in this case is John M. Funfola, Esq., an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 100 Park Avenue, 16th Floor<br>New York, New York 10017 | Pier 9, Suite 100<br>The Embardadero<br>San Francisco, California 94111 |
| MY TELEPHONE # OF RECORD:<br>917-817-9001 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>415-391-4243 |
| MY EMAIL ADDRESS OF RECORD:<br>scott@fenstermakerlaw.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>john@johnmrunfola.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 2519866.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: June 6, 2018                                                      Scott Lloyd Fenstermaker
                                                                                              APPLICANT

---

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Scott Lloyd Fenstermaker is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 6/11/18

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

*PRO HAC VICE* APPLICATION & ORDER                                                                *October 2012*