Scott L. Fenstermaker, Esq.
Attorney for Defendant/Movant Shaun Bridges
100 Park Avenue, 16th Floor
New York, New York 10017
212-302-0201 (office)
917-817-9001 (cellular)
212-302-0327 (facsimile)
scott@fenstermakerlaw.com
New York State Bar Number 2519866
Appearing *pro hac vice*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

---

| | |
|---|---|
| United States of America, | |
| Plaintiff, | Case Number 3:15-cr-00319-RS |
| v. | Declaration Pursuant to 28 U.S.C. §1746 |
| Shaun Bridges, | |
| Defendant. | |

---

### DECLARATION OF SCOTT L. FENSTERMAKER PURSUANT TO 28 U.S.C. §1746

SCOTT L. FENSTERMAKER, states as follows, as provided for in 28 U.S.C. §1746:

1. I am an attorney at law and file this declaration in support of the Defendant's motion, filed pursuant to 28 U.S.C. §2255, for an Order vacating both his sentence and his waiver of indictment, and directing further proceedings consistent with the foregoing.

2. I represent the Defendant herein for the purpose of this motion filed pursuant to 28 U.S.C §2255.

3. The Defendant's June 15, 2015 plea agreement is attached hereto as Exhibit A.

4. The Defendant's two-count information is attached hereto as Exhibit B.

1

5. The Defendant's waiver of indictment is attached hereto as Exhibit C.

6. The minutes of Defendant's August 31, 2015 arraignment on his information are attached hereto as Exhibit D.

7. The minutes of Defendant's August 31, 2015 guilty plea are attached hereto as Exhibit E.

8. Defendant seeks to file his presentence report under seal as Exhibit F hereto.

9. The Defendant Information Relative to a Criminal Action is attached hereto as Exhibit G.

10. A copy of the Ninth Circuit Court of Appeals' decision on appeal in this matter is attached hereto as Exhibit H.

11. I state under penalty of perjury that the foregoing is true and correct.

Dated: June 12, 2018
New York, New York

*Scott L. Fenstermaker*
Scott L. Fenstermaker, Esq.