AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| United States of America | ) | |
| v. | ) | Case No. 3:15-cr-00319-RS |
| SHAUN W. BRIDGES | ) | |
| Defendant | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 31 Aug 2015

_____
Defendant's signature

_____
Signature of defendant's attorney

STEVEN H. LEVIN
Printed name of defendant's attorney

_____
Judge's signature

Sallie Kim
Judge's printed name and title

FILED
AUG 31 2015
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA