**Pages 1 - 6**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable Sallie Kim, Magistrate Judge

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | **NO. CR. 15-00319 RS (SK)** |
| | ) | |
| SHAUN W. BRIDGES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

San Francisco, California
Monday, August 31, 2015

**TRANSCRIPT OF THE OFFICIAL
ELECTRONIC SOUND RECORDING OF PROCEEDINGS**

**APPEARANCES**:

For Plaintiff:

       Melinda Haag
       United States Attorney
       450 Golden Gate Avenue, 11th Floor
       San Francisco, CA  94102
       (415) 436-6511
  BY:  **KATHRYN R. HAUN**
       **WILLIAM FRENTZEN**

For Plaintiff:

       United States Department of Justice
       Criminal Division
       Public Integrity Section
       1400 New York Avenue NW, 12th Floor
       Washington, DC  20005
       (202) 353-7760
  BY:  **RICHARD B. EVANS**

Transcribed By Lydia Zinn, CSR #9223, FCRR, Official Reporter

```
 1   APPEARANCES:

 2   For Defendant:
                         Levin and Curlett LLC
 3                       201 N. Charles Street, Suite 2000
                         Baltimore, MD  21201
 4                       (410) 685-0078
                    BY:  STEVEN HALE LEVIN
 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1  **Monday - August 31, 2015**                                    **9:36 a.m.**

2                              **P R O C E E D I N G S**

3                                    **---000---**

4          **THE CLERK:**  Calling Case Number CR. 15-319, U.S.A.

5  versus Shaun W. Bridges.

6          **MS. HAUN:**  Good morning, Your Honor.  Kathryn Haun,

7  for the United States.  I'm joined by my colleagues,

8  William Frentzen and Richard Evans.  Mr. Evans is from the

9  Public Integrity Section, Main Justice, Washington, D.C.

10          **MR. EVANS:**  Good morning, Your Honor.

11          **THE COURT:**  Good morning.

12          **MR. LEVIN:**  Good morning, Your Honor.  Steven Levin,

13  on behalf of Mr. Bridges, who is standing to my right.

14          **THE COURT:**  Good morning.  I understand that we're

15  here on an arraignment for a felony Information.  Is that

16  correct?

17          **MR. LEVIN:**  It is correct.

18          **MS. HAUN:**  Yes.

19          **THE COURT:**  And Mr. Levin, do you have a copy of the

20  information for your client?

21          **MR. LEVIN:**  I do, Your Honor.

22          **THE COURT:**  Okay.  Mr. Levin [sic], the U.S. Attorney

23  has charged you in an Information with certain felony offenses.

24  I'm going to ask Ms. Haun to summarize those, and the maximum

25  penalties.

1    **MS. HAUN:**  Yes.  Mr. Bridges has been charged in a

2    two-count Information, Your Honor.  The first count that

3    Mr. Bridges is charged with is a violation of Title 18,

4    United States Code Section 1957.  That is money laundering.

5    And if convicted of that offense, the maximum penalties the

6    defendant faces are a 20-year term of imprisonment; a $250,000

7    fine, or twice the gross gain; a three-year term of Supervised

8    Release; restitution and forfeiture; and a $100 Special

9    Assessment.

10        The defendant is also charged in another count of the

11   felony Information with a violation of Title 18

12   United States Code Section 1512.  That is obstruction of

13   justice.  And the maximum penalties for that offense are the

14   same that I just recited for the prior count.  Of course, those

15   would be per that count.  So again --

16        **THE COURT:**  Thank you.

17        **MS. HAUN:**  -- would apply.

18        **THE COURT:**  Okay.  Thank you.  Mr. Bridges, do you

19   understand the nature of the charges, and the nature of the

20   potential maximum penalties against you?

21        **THE DEFENDANT:**  I do, Your Honor.

22        **THE COURT:**  Okay.  Mr. Bridges, you have the

23   constitutional right to be charged with the Grand Jury.  The

24   U.S. Attorney has filed an Information, and you can waive the

25   Grand Jury if you choose to do that.  If you do have a Grand

1   Jury -- and my understanding is that you're going to waive it

2   today.  Is that correct?

3            **THE DEFENDANT:**  That's correct, Your Honor.

4            **THE COURT:**  And, Mr. Levin, have you signed the

5   paperwork for that?

6            **MR. LEVIN:**  We have, Your Honor.

7            **THE COURT:**  Thank you.  And, Mr. Levin, is this

8   your -- I mean, Mr. Levin, this is your signature.

9        Mr. Bridges, is this your signature on this?

10           **THE DEFENDANT:**  Yes.

11           **THE COURT:**  And I find that the waiver of Indictment

12  is knowingly and voluntarily made by Mr. Bridges, the

13  defendant, and I accept the waiver.  And the record should

14  reflect that the defendant has waived the Indictment.

15       Are you ready to enter a plea at this time?

16           **MR. LEVIN:**  We are, Your Honor.

17           **THE COURT:**  And what is that plea?

18           **MR. LEVIN:**  Mr. Bridges pleads not guilty.

19           **THE COURT:**  Okay.  A plea of not guilty will be

20  entered.  And the record should reflect the defendant is now

21  arraigned.

22           **MS. HAUN:**  Thank you.

23           **THE COURT:**  Is there anything else that needs to be

24  done today?

25           **MS. HAUN:**  No, Your Honor.  The defendant is going to

1  be pleading guilty to the Information.  Our understanding is --

2  for a change-of-plea hearing this afternoon before

3  Judge Seeborg at -- Ms. Hom, is that -- do you have 2:00 or

4  3:00?  We were checking.

5              **THE CLERK:**  I was told it was set for 3:00 o'clock.

6              **MS. HAUN:**  3:00 o'clock, specially set, Your Honor.

7              **THE COURT:**  Okay.  All right.  So, given that there's

8  nothing more, we're done with this matter.  Thank you.

9              **MR. LEVIN:**  Thank you, Your Honor.

10              **THE DEFENDANT:**  Thank you, Your Honor.

11        (At 9:40 a.m. the proceedings were adjourned.)

12                    **CERTIFICATE OF REPORTER**

13       I certify that the foregoing is a true and correct

14  transcript, to the best of my ability, of the above pages of

15  the official electronic sound recording provided to me by the

16  U. S. District Court, Northern District of California, of the

17  proceedings taken on the date and time previously stated in the

18  above matter.

19       I further certify that I am neither counsel for, related

20  to, nor employed by any of the parties to the action in which

21  this hearing was taken; and, further, that I am not financially

22  nor otherwise interested in the outcome of the action.

23

24  _Lydia Zinn_                               January 12, 2018

25             Signature of Transcriber      Date