UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

-------------------------------------------------------------

United States of America,                          :
                                                   :
                              Plaintiff,           :        Case Number 3:15-cr-00319-RS
                                                   :
                    v.                             :        Declaration Pursuant to
                                                   :        28 U.S.C. §1746
Shaun Bridges,                                     :
                                                   :
                              Defendant.           :

-------------------------------------------------------------

## DECLARATION OF STEVEN LEVIN
## PURSUANT TO 28 U.S.C. §1746

STEVEN LEVIN, states as follows, as provided for in 28 U.S.C. §1746:

1.  I am an attorney at law and represented the Defendant herein from this matter's inception until his sentencing.

2.  I have no specific recollection of informing the Defendant that the statutory maximum potential term of imprisonment for his money laundering conviction for Title 18 U.S.C. Section 1957 was ten years.

3.  I state under penalty of perjury that the foregoing is true and correct.

Dated:   May 14, 2018
         Baltimore, Maryland

_____
Steven Levin, Esq.