UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

---

| | |
|---|---|
| United States of America, | |
| Plaintiff, | Case Number 3:15-cr-00319-RS |
| v. | Declaration Pursuant to 28 U.S.C. §1746 |
| Shaun Bridges, | |
| Defendant. | |

---

## DECLARATION OF LAUREL HEADLEY
## PURSUANT TO 28 U.S.C. §1746

LAUREL HEADLEY, states as follows, as provided for in 28 U.S.C. §1746:

1. I am an attorney at law and file this declaration in support of the Defendant's motion, filed pursuant to 28 U.S.C. §2255, for an Order vacating both his sentence and his waiver of indictment, and directing further proceedings consistent with the foregoing.

2. In 2017, I represented Defendant in a matter before this Court, CR-17-448-RS (the "2017 Matter"). During my representation of Defendant in that matter, he reviewed the proposed plea agreement in the 2017 Matter, which stated the statutory maximum penalty for 18 U.S.C. §1957 was ten (10) years. The Defendant pointed out that the plea agreement in his prior case CR-15-319-RS (the "2015 Matter") stated the statutory maximum for that offense was twenty (20) years.

3. At the time the Defendant pointed out the discrepancy in the stated statutory maximums for 18 U.S.C. § 1957 in the 2017 and 2015 plea agreements, it appeared to me that Defendant had been unaware of the proper statutory maximum term of imprisonment for 18 U.S.C. §1957.

4. I state under penalty of perjury that the foregoing is true and correct.

Dated:   May 31, 2018,  Berkeley, California

_____
Laurel Headley