UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

-----------------------------------------------------------------

|  |  |  |
|---|---|---|
| United States of America, | : | |
| | : | |
| Plaintiff, | : | Case Number 3:15-cr-00319-RS |
| | : | |
| v. | : | Declaration Pursuant to |
| | : | 28 U.S.C. §1746 |
| Shaun Bridges, | : | |
| | : | |
| Defendant. | : | |

-----------------------------------------------------------------

**DECLARATION OF STEVEN LEVIN**
**PURSUANT TO 28 U.S.C. §1746**

STEVEN LEVIN, states as follows, as provided for in 28 U.S.C. §1746:

1.  I am an attorney at law and represented the Defendant herein from this matter's inception until his sentencing.

2.  I have reviewed the copy of my June 2, 2015, letter to AUSA William Frentzen which was submitted as Exhibit 1 to the government's July 12, 2018, opposition papers (the "June 2nd Letter"; Document Number 171-1 Herein).  I wrote the June 2nd Letter and emailed it to AUSA Frentzen on June 2, 2015.  I have examined the handwritten annotations on the June 2nd Letter.  The handwriting of these annotations does not appear to be mine, nor do I have any recollection of making these handwritten annotations.

3.  As implied in the handwritten "1957" on Government's Exhibit 1, the money laundering charge to which I referred in the last paragraph on the first page of Government's Exhibit 1 was a violation of 18 U.S.C. Section 1957, not 18 U.S.C. Section 1956.

4.  I state under penalty of perjury that the foregoing is true and correct.

1

Dated:   August 16, 2018
          Baltimore, Maryland


                                        _____/s/_____
                                        Steven Levin, Esq.