THE LAW OFFICES OF<br>
**SCOTT L. FENSTERMAKER, P.C.**<br>
100 PARK AVENUE, 16TH FLOOR<br>
NEW YORK, NEW YORK 10017<br>
TELEPHONE (212) 302-0201<br>
CELL (917) 817-9001<br>
FACSIMILE (212) 302-0327<br>
EMAIL scott@fenstermakerlaw.com<br>
www.fenstermakerlaw.com

October 21, 2018

**VIA ECF AND FIRST CLASS MAIL**

Honorable Richard G. Seeborg
United States District Judge
United States Courthouse
450 Golden Gate Avenue, Box 36060
San Francisco, California 94102-3489

      Re:   *United States v. Shaun Bridges*, 15-CR-00319 (RS)
              18 U.S.C. §2255 United States Court System Rule 11

Dear Judge Seeborg:

      I represent Shaun Bridges, 15-CR-00319 (RS), and respectfully write pursuant to Rule 11 of the United States Court System's Rules governing 2254 and 2255 motions. Specifically, I respectfully request that the Court either grant Mr. Bridges a Certificate of Appealability on all issues or permit me to submit brief argument, as provided for in Rule 11(a), as to why a Certificate of Appealability should issue as to all issues.

      Please have your staff let me know if the Court has any questions.

                                    Respectfully submitted,

                                    **The Law Offices of Scott L. Fenstermaker, P.C.**

                  By: _____
                          Scott L. Fenstermaker, Esq.
                          Admitted *pro hac vice*

cc:   AUSA William Frentzen (via e-mail only)
       Richard B. Evans, Esq. (via e-mail only)
       Mr. Shaun Bridges (via first class mail)