FILED

JUN 27 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| UNITED STATES OF AMERICA, Plaintiff-Appellee, v. SHAUN W. BRIDGES, AKA Number13, Defendant-Appellant. | No. 18-17191 <br><br> D.C. Nos. 3:18-cv-03536-RS <br> 3:15-cr-00319-RS-1 <br> Northern District of California, San Francisco <br><br> ORDER |
|---|---|

Before: SILVERMAN and WATFORD, Circuit Judges.

Appellant's motion for leave to file an oversized request for a certificate of appealability (Docket Entry No. 2) is granted. The request for a certificate of appealability (Docket Entry Nos. 3, 4, and 6) is denied because appellant has not shown that "jurists of reason would find it debatable whether the [section 2255 motion] states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000); *see also* 28 U.S.C. § 2253(c)(2); *Gonzalez v. Thaler*, 565 U.S. 134, 140-41 (2012); *Miller-El v. Cockrell*, 537 U.S. 322, 327 (2003).

The Clerk shall serve this order on appellant's counsel at the address of record and appellant individually at the following address: Shaun W. Bridges, #20436-111, FCI Petersburg Medium, P.O. Box 1000, Petersburg, VA 23804.

Any pending motions are denied as moot.

**DENIED.**