UNITED STATES COURT OF APPEALS

**FILED**

FOR THE NINTH CIRCUIT

AUG 22 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.   18-17191 |
| Plaintiff-Appellee, | D.C. Nos.   3:18-cv-03536-RS |
| v. | 3:15-cr-00319-RS-1 |
| | Northern District of California, |
| SHAUN W. BRIDGES, AKA Number13, | San Francisco |
| Defendant-Appellant. | ORDER |

Before:    SCHROEDER and PAEZ, Circuit Judges.

The record reflects that appellant is and has been proceeding pro se on appeal.  The Clerk will update the docket.  Appellant's current address is Shaun W. Bridges, #20436-111, FCI Petersburg Medium, P.O. Box 1000, Petersburg, VA 23804.

Appellant's motion for an extension of time (Docket Entry No. 10) to file a motion for reconsideration is granted.  Any motion for reconsideration is due within 30 days after the date of this order.