1
2
3
4
5
6          UNITED STATES DISTRICT COURT
7
8          NORTHERN DISTRICT OF CALIFORNIA
9

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br> BTC-E,  ET AL.,<br>                    Defendant. | No.  16-CR-227-RS |
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br> BRIDGES, ET AL.,<br>                    Defendant. | No.  15-CR-319-RS<br><br><br>**ORDER WITHDRAWING RELATION** |

        The order relating case 16-CR-227 to case 15-CR-319, Dkt. No. 4 in case 16-CR-227, is

withdrawn. 16-CR-227 shall be reassigned to Judge Illston.


**IT IS SO ORDERED.**


Dated:  8/17/2022

RICHARD SEEBORG
CHIEF UNITED STATES DISTRICT JUDGE

United States District Court
Northern District of California