STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

JOSEPH TARTAKOVSKY (CABN 282223)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7320
    FAX: (415) 436-7234
    joseph.tartakovsky@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:15-CR-00319-2-RS |
| Plaintiff, | GOVERNMENT'S RESPONSE TO DEFENDANT CARL FORCE'S EARLY DISCHARGE PETITION FROM SUPERVISED RELEASE [DKT. 187] |
| v. | |
| CARL FORCE, | |
| Defendant. | |

The government does not oppose defendant Carl Force's petition for early discharge from supervised release (which was received by the Court on November 21, 2022).

DATED: December 14, 2022                        Respectfully submitted,

                                                                 STEPHANIE M. HINDS
                                                                  United States Attorney

                                                                  _____/s/_____
                                                                  JOSEPH TARTAKOVSKY
                                                                  Assistant United States Attorney